Stephen M. Packman (Texas Bar No. 24139833)
Jiangang "James" Ou (Texas Bar No. 24127006)
Archer & Greiner, P.C.
3040 Post Oak Road
Suite 1800-150
Houston, TX 77056
Phone: 713-970-1066
Fax: 713-583-9518
spackman@archerlaw.com
jou@archerlaw.com
**PROPOSED CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-80045-MVL-11** |
| | § | |
| | § | **(Chapter 11)** |
| **KIDKRAFT, INC.,** *et al.*[1] | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |
| | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

---

**PLEASE TAKE NOTICE** that Archer & Greiner, P.C. hereby appears on behalf of the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Committee hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Bankruptcy Rules, that all notices given or required to be given

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers or Canadian business numbers, as applicable, are: KidKraft, Inc. (3303), KidKraft Europe, LLC (3174), KidKraft Intermediate Holdings, LLC (8800), KidKraft International Holdings, Inc. (2933), KidKraft Partners, LLC (3268), KidKraft International IP Holdings, LLC (1841), Solowave Design Corp. (9294), Solowave Design Holdings Limited (0206), Solowave Design Inc. (3073), Solowave Design LP (7201), and Solowave International Inc. (4302). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 4630 Olin Road, Dallas, TX 75244.

228942464 v2

in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

**ARCHER & GREINER, P.C.**
Stephen M. Packman
Jiangang "James" Ou
3040 Post Oak Boulevard
Suite 1800-150
Houston, TX 77056
Phone: (713) 970-1066
Fax: (713) 583-9518
spackman@archerlaw.com
jou@archerlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of the Committee to: (1) challenge the jurisdiction of this Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after de novo review by the District Court; (3) a trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

2

|  |  |
|---|---|
| Dated: June 5, 2024 | **ARCHER & GREINER, P.C.** |
|  | */s/ Stephen Packman* |
|  | Stephen M. Packman |
|  | Jiangang "James" Ou |
|  | 3040 Post Oak Boulevard |
|  | Suite 1800-150 |
|  | Houston, TX 77056 |
|  | Phone: (713) 970-1066 |
|  | Fax: (713) 583-9518 |
|  | spackman@archerlaw.com |
|  | jou@archerlaw.com |
|  |  |
|  | *Proposed Co-Counsel to the Official Committee of Unsecured Creditors of KidKraft, Inc., et al.* |

3

228942464 v2