**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-80045-mvl11** |
| | § | |
| | § | **(Chapter 11)** |
| **KIDKRAFT, INC., *et al.*,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.[1]** | § | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR KIDKRAFT, INC. (CASE NO. 24-80045)

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers or Canadian business numbers, as applicable, are:  KidKraft, Inc. (3303), KidKraft Europe, LLC (3174), KidKraft Intermediate Holdings, LLC (8800), KidKraft International Holdings, Inc. (2933), KidKraft Partners, LLC (3268), KidKraft International IP Holdings, LLC (1841), Solowave Design Corp. (9294), Solowave Design Holdings Limited (0206), Solowave Design Inc. (3073), Solowave Design LP (7201), and Solowave International Inc. (4302).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is:  4630 Olin Road, Dallas, TX 75244.

William L. Wallander (Texas Bar No. 20780750)
Matthew D. Struble (Texas Bar No. 24102544)
Kiran Vakamudi (Texas Bar No. 24106540)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel:  214.220.7700
Fax: 214.999.7787
bwallander@velaw.com
mstruble@velaw.com
kvakamudi@velaw.com
**PROPOSED ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

David S. Meyer (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel:  212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com;
lkanzer@velaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | **Case No. 24-80045-mvl11** |
| | § | |
| **KIDKRAFT, INC.,** *et al.*, | § | **(Chapter 11)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## GLOBAL NOTES AND
## STATEMENTS OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

KidKraft, Inc. ("***KidKraft***") and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "***Debtors***"), are filing their respective Schedules of Assets and Liabilities (collectively, the "***Schedules***") and Statements of Financial Affairs (collectively, the "***Statements***" or "***SOFAs***," and together with the Schedules, the "***Schedules and Statements***") with the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "***Bankruptcy Court***") pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers or Canadian business numbers, as applicable, are:  KidKraft, Inc. (3303), KidKraft Europe, LLC (3174), KidKraft Intermediate Holdings, LLC (8800), KidKraft International Holdings, Inc. (2933), KidKraft International IP Holdings, LLC (1841),  KidKraft Partners, LLC (3268), Solowave Design Corp. (9294), Solowave Design Holdings Limited (0206), Solowave Design Inc. (3073), Solowave Design LP (7201), and Solowave International Inc (4302).  The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is:  4630 Olin Road, Dallas, TX 75244.

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements.  The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "***Specific Notes***" and, together with the Global Notes, the "***Notes***").  The Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management team prepared the Schedules and Statements with the assistance of their advisors and other professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, the Debtors' management team, including the Debtors' Chief Financial Officer, who has executed the Schedules and Statements of each of the Debtors, has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

The Schedules and Statements are unaudited and subject to potential adjustment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made commercially reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, the receipt or discovery of subsequent information may result in material changes to the Schedules and Statements and/or inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements.  Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

Nothing in the Schedules and Statements is intended to, shall be construed as, or shall have the effect of, modifying, changing, or otherwise affecting the *Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 28] (including all exhibits and schedules attached thereto, and as may be amended, supplemented, or modified from time to time, the "***Plan***"), that certain Restructuring Support Agreement, which is attached as Exhibit B to the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 29] (including all exhibits and schedules attached

thereto, and as may be amended, supplemented, or modified from time to time, the "***Disclosure Statement***"), or the *Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) Use Cash Collateral Pursuant to 11. U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 and (III) Schedule Final Hearing* [Docket No. 96] (including any amendments, modifications, or other final orders related to the same, the "***DIP Order***").[2]

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Cases.** On May 10, 2024 (the "***Petition Date***"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 13, 2024, the Bankruptcy Court entered an order authorizing the joint administration of the Debtors' cases pursuant to Bankruptcy Rule 1015(b). On May 23, 2024, the United States Trustee for Region 6 appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code.

2. **Basis of Presentation.** For financial reporting purposes, the Debtors historically have prepared consolidated financial statements, which include financial information for the Debtors. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

   The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by individual legal entity, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

   The Debtors historically have closed their books and records at the end of each month. The amounts here represent the Company's best estimate of the amounts of assets and liabilities as of the Petition Date.

---

[2] Capitalized terms used but not otherwise defined in these Notes shall have the meaning set forth in the Plan or the *Declaration of Geoffrey Walker in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 31] (the "***Walker Declaration***"), as applicable.

3

4886-0602-5152

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

3. **Reporting Date.** The reported asset values in Schedules A and B, reflect the Debtors' best estimates of asset values as of the Petition Date (the "***Reporting Date***"). Liability values presented in Schedules D, E, and F are best estimates as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined below), except for intercompany payable balances, which reflect book values as of March 31, 2024 and estimated values as of the Petition Date.

4. **Current Values.** Other than estimated bank cash balances, the assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the book value ascribed in each Debtor's books is reflected in the Schedules and Statements.

5. **Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of the estates' resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values are presented as of the Reporting Date. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). As applicable, assets that have been fully depreciated, amortized or impaired, or were expensed for GAAP accounting purposes, have no net book value, and, therefore, are not included in the Schedules and Statements.

6. **Confidentiality.** To protect the privacy of certain individual parties, including, among others, the Debtors' customers, employees, and/or certain of the Debtors' creditors and interest holders, certain identifying information, such as mailing addresses, was excluded from the Schedules and SOFAs.

7. **Consolidated Entity Accounts Payable and Disbursement Systems.** As described in the Cash Management Motion,[3] the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect,

---

[3]   The "***Cash Management Motion***" means the Debtors' *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue Using Existing Checks and Business Forms, (C) Maintain Their Corporate Card Program, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 20].

concentrate, and disburse funds generated by their operations. The Debtors concentrate cash assets into a central account to more effectively manage their businesses and coordinate the payment of outstanding obligations.

8.      **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

9.      **Payment of Prepetition Claims Pursuant to First Day Orders.** Following the Petition Date, the Bankruptcy Court entered various orders (the "*First Day Orders*") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition:  (i) service fees and charges assessed related to the Debtors' cash management system; (ii) obligations related to lease operating expenses, shipping and warehousing claims, and claims under section 503(b)(9) of the Bankruptcy Code; (iii) employee wages, salaries, and related items (including, employee benefit programs); (iv) taxes and assessments; (v) insurance obligations; and (vi) customer programs obligations.  Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date.  To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, or any subsequent orders of the Bankruptcy Court, such adjustments have been included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement.

10.     **Other Paid Claims.** To the extent the Debtors reach any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval, if necessary.

11.     **Setoffs.** The Debtors routinely incur setoffs from customers and suppliers in the ordinary course of business.  Such ordinary course setoffs can arise from various items including, but not limited to, billing discrepancies, warranties, refunds, certain intercompany transactions, and other disputes between the Debtors and their customers and/or suppliers.  These routine setoffs are consistent with ordinary course practice in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay imposed by section 362 of the Bankruptcy Code and must comply with section 553 of the Bankruptcy Code.

12.     **Trade Accounts Receivable.** The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and are calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the

form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies and any applicable Bankruptcy Court order.

13.    **Inventory.**  Inventories are reported as estimates based on the net book value on the Debtors' balance sheets as of the Reporting Date.

14.    **Property, Plant and Equipment.**  Owned property, plant, and equipment (including leasehold improvements) are carried at cost, less accumulated depreciation.  Additions and substantial improvements are capitalized and include expenditures that materially extend the useful lives of existing facilities and equipment.  Maintenance and repairs that do not materially improve or extend the duration of the respective assets are expensed as incurred.  Depreciation expense is recorded over the estimated useful lifespan of the respective assets using the straight-line method for financial statement purposes. This range is through the life of the lease, which is generally 5 years, for buildings and improvements and 3 to 10 years for machinery and equipment.  Leasehold improvements are capitalized.

Assets held under capital leases are capitalized accordingly in the Debtors' books and records in accordance with GAAP.

15.    **Mechanics' & UCC Liens.**  Known, filed mechanics' and UCC liens, if any, are listed on Schedule D.  The inventories, property, plant and equipment listed in the Schedules, and the corresponding values, are presented without consideration of any mechanics' or other liens.  To the extent the corresponding Debtor is identified within the filed documents, the liens are identified on that Debtor's Schedule D.

16.    **Umbrella Agreements.**  Certain contracts and/or leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

17.    **Excluded Assets and Liabilities.**  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported. Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero are not included in the Schedules.  Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable

6

lease rights, and unfavorable lease liabilities. Other immaterial assets and liabilities may have been excluded.

18. **Reservation of Rights.** Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a. Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

d. The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

e. The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as "priority unsecured," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in the DIP Order or any order by the Bankruptcy Court that is or becomes final, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

f.   In the ordinary course of their business, the Debtors lease property and equipment from certain third-party lessors for use in the daily operation of their business.  Any such leases are set forth in Schedule G, other than capital leases for equipment which are listed on Schedule D, and any current amount due under such leases that was outstanding as of the Petition Date, are listed on Schedule E/F.  The property subject to such leases is not reflected in Schedule A/B as either owned property or assets of the Debtors, nor is such property reflected in the Debtors' SOFAs as property or assets of third parties within the control of the Debtors.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, the recharacterization thereof.

g.   The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

h.   The Debtors' businesses are part of a complex enterprise.  Although the Debtors have exercised their commercially reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions.  The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

i.   The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and leases listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

j.   The Debtors exercised commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their secured financings, debt instruments, and other agreements.  However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guarantees with respect to the Debtors'

executory contracts and unexpired leases are not included on Schedule H and the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financing, debt instruments and similar agreements may exist and, to the extent they do, will be identified upon further review.  Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

k.  Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract.  The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

l.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have used reasonable effects to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

m.  To timely close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date.  The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expense to reflect changes in those estimates and assumptions.

n.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of preparation of the Schedules and Statements.  As additional information becomes available, the allocation of liabilities between prepetition and post-petition periods may change, and such changes may be material.  The Debtors reserve the right to

9

amend the Schedules and Statements or object to scheduled amounts or proofs of claim as they deem appropriate in this regard.

19.    **Intercompany Payables and Receivables.** The Debtors routinely engage in intercompany transactions with other Debtor and non-Debtor subsidiaries and affiliates as described in further detail in the Cash Management Motion and the Walker Declaration (defined below).  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, characterization, validity, or priority of such account.

20.    **Causes of Action.**  In order to evaluate potential claims or causes of action that the Debtors may have against third parties, the board of directors for debtor KidKraft, Inc. formed a special litigation committee, consisting solely of an independent director, (the "***Special Litigation Committee***") for the purpose of commencing an investigation to determine whether the Debtors hold any claims or causes of action worth pursuing (the "***Investigation***").

Despite their commercially reasonable efforts to identify all known assets, including those as the result of the Investigation, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

21.    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.  Where a claim or other amount is marked as "unliquidated," but the Debtors

also report a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

22.    **<u>Global Notes Control.</u>**  In the event that the Schedules and Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

4886-0602-5152

<u>**Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities**</u>

1.      <u>**Schedule-Specific Disclosures.**</u> Each of Schedules A/B, D, E/F, G, and H contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. The asset totals listed on the Schedules represent all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

2.      <u>**Claims of Third-Party Related Entities.**</u> Although the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

3.      <u>**Schedules A/B.**</u> The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

    The Debtors maintain in their records detail on certain assets, including furniture, fixtures, equipment, machinery, and intangibles, that have been fully depreciated. Those assets are listed in Schedule A/B.

    The Debtors' failure to list any rights in real property on the Schedules should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

    a.  **Part 1.** As set forth more fully in the Cash Management Motion, the Company uses an integrated Cash Management System to pay its financial obligations, centrally control and monitor available cash, and record accurate financial data. The Debtors' Cash Management System is comprised of nineteen (19) bank accounts (the "***Bank Accounts***"). Further details with respect to the Cash Management System are provided in the Cash Management Motion and the Walker Declaration.

       The accounts listed as "Factoring Accounts" are jointly managed by both the Debtors and Coface Finanz GMBH pursuant to the Debtors' factoring agreement. Under the agreement, amounts in such accounts are the property

of Coface Finanz GMBH and not the Debtors, however, such amounts have been listed for completeness.

The account labeled "Shenzhen Operating Account" is held by a non-debtor entity, but rolls up into a Debtor account and is therefore listed for completeness.

b.  **Part 2.**  The Debtors maintain certain deposits in the conduct of their business operations.  These deposits are included in the Schedules for the appropriate legal entity.  Types of deposits include, among other things, lease deposits, security deposits, and equipment deposits.  Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records.  The amounts listed in Part 2 do not necessarily reflect assets that the Debtors will be able to collect or realize.  These amounts listed in Part 2 include, among other things, prepaid information technology, prepaid insurance, and professional services retainers.

Prepaid expenses primarily consist of cash in advance amounts paid to numerous vendors in connection with the Debtors' servicing operations.

c.  **Part 3**.  The accounts receivable balances in this section exclude intercompany related receivables.  Intercompany related receivables are instead shown in the response to Schedule A/B, Part 11.  Receivables for certain customers may be negative due to credit issued to the vendors or unapplied payment pertaining to individual vendors.

The Debtors' accounting system accounts for collectible amounts formulaically based on each individual customer, and does not account for all collectibles based on dates.  Therefore, the amounts listed as of the Petition Date may be estimates.

d.  **Part 4.**  Each Debtor's Schedule A/B includes its ownership interest, if any, in any subsidiaries.  In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time.  Because the Debtors did not undertake a historical analysis to assign values to the subsidiary stock, the value of the interest in subsidiaries is listed as "undetermined."

e.  **Part 5.**  Amounts presented include goods warehoused on the Debtors' property as well as inventory in transit.

Amounts presented as inventory receipts within twenty days of the Petition Date have not been reduced to reflect inventory received under cash in advance payment or payments made postpetition under certain First Day Orders.  The amounts listed in Part 5 should not be interpreted as an estimate of outstanding balances subject to treatment under section 503(b)(9) of the Bankruptcy Code.

13

f.  **Part 7.**  The Debtors have identified owned office furniture, fixtures, and equipment at estimated net realizable value.  Actual realizable values may vary significantly relative to estimated net realizable values as of the Reporting Date.  The Debtors have not included the value of leased furniture, fixtures, and equipment in the estimated net realizable value.

g.  **Part 8.**  Actual realizable values of the identified leased or owned vehicles may vary significantly relative to net book values as of the Reporting Date.

h.  **Part 9.**  The Debtors' accounting system does not record the net book value of leased real property.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of the estates resources for the Debtors to allocate such value.

i.  **Part 10.**  Part 10 identifies the various trademarks, patents, and licenses owned and maintained by the Debtors.  Part 10 also includes a best effort listing of the Debtors' registered internet domains and websites.  The act of not listing any specific domain or website is not a surrender of ownership.  Certain of the Debtors have customer information from ordinary course business activities which contains personally identifiable information (as defined in sections 101(41A) and 107 of the Bankruptcy Code).  Due to the need to protect confidential information and individual privacy, the Debtors have not furnished any customer lists in the Schedules.

As of the Reporting Date, the Debtors' books and records included balances for various intangible assets.  The Schedules do not list the book balances of intangible assets because they may not be reflective of realizable values.

j.  **Part 11.**  *Other contingent and unliquidated claims or causes of action of every nature*.  In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, refunds with their customers and suppliers, and potential warranty claims against their suppliers, among other claims.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs, or counter-claims and/or cross-claims as defendants.

Despite exercising their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action, potential causes of action, or setoffs against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  Any amounts reported typically reflect amounts seeking to be recovered and/or costs incurred pursuing causes of action, and may not reflect ultimate recoverable amounts.  The Debtors reserve all of their rights, subject to the DIP Order, with respect to any claims and causes of action, or avoidance actions they may have.  Neither the Notes nor the Schedules shall be deemed a waiver

14

of any such claims or causes of action, or avoidance actions, or in any way prejudice or impair the assertion thereof in any way.

The most recent estimate of the Debtors' tax refunds and NOLs was completed in March of 2023, therefore, the amounts listed in this schedule are current as of March 2023. Based on the Debtors' best estimate, there will be no tax refund for the 2023 tax year.

k. **Part 12.** The accounts receivable balances in this section exclude intercompany related receivables. Intercompany balances are instead reflected in Schedule A/B, Part 11.

4. **Schedule D.** The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. A determination of the date on which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred before the Petition Date.

The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and interest, not including any applicable premiums, fees, costs, and out-of-pocket expenses such as reasonable and documented attorney's fees, agent's fees, other professional fees and disbursements and all other obligations owing under, and in accordance with the terms of, the loan documents as of the Petition Date.

Except as otherwise agreed or stated pursuant to the DIP Order, or any other stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates reserve their right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D are intended to be a summary.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

The Debtors have included claims for certain leased equipment that the Debtors utilize in the ordinary course of business. The obligations under these leases are secured directly by this equipment. Although this equipment is not listed as assets on the Debtors' books and records, they are listed as secured claims on Schedule D

15

out of an abundance of caution.

Any changes to the status of any liens or security rights since the Petition Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed claims with secured status that have changed, or failed to list certain parties whose claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D.

In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of another Debtor, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code. To the Debtors' knowledge, no such notices have been filed.

5.    **Schedules E/F.**

    a.   **Part 1.** The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1. To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

     The Debtors have not listed wage and wage-related obligations that were due as of the Petition Date, but that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for wages, salaries, expenses, benefits and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

     Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits and/or the claims have been or

4886-0602-5152

will be satisfied in the ordinary course during these chapter 11 cases pursuant to authority granted to the Debtors in the relevant First Day Orders. Therefore, the Debtors have listed all such claims as "unliquidated" and/or "disputed," pending final resolution of ongoing audits or other outstanding issues.

b.  **Part 2.**  The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule.  As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date.

Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts.  The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor.  Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2.  In addition, certain claims listed on Part 2 may potentially be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.  In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.  The Debtors have made reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, trade creditors, landlords, utility companies, consultants, and other service providers.  The Debtors, however, believe that there are instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

The Debtors' accounting system tracks vendors using a number and unique name assigned to each vendor.  Because many vendors service multiple business areas for the Debtors, there may be instances in which the same vendor has been assigned multiple vendor numbers and variations of the vendor's name.  For purposes of Part 2, the Debtors have not aggregated all claims of such vendors with multiple vendor numbers and/or names. Rather, the Debtors have separately listed the claims of such vendors under each vendor number and name and should not be construed as giving rise to

17

4886-0602-5152

duplicate claims to a vendor for the same services or goods delivered to a Debtor. However, instances may exist where not all such claims have been identified and the Debtors may have separately listed potentially duplicative claims of such vendors under multiple vendor numbers. The Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs or recoupments with respect to same.

Part 2 contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation may be unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will reflect some of such Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected.

6.    **Schedule G.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "***Executory Contracts and Unexpired Leases***"), the Debtors' review process of the

Agreements is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. In addition, as described herein, certain confidential information has been omitted from Schedule G. Omission of an Agreement from Schedule G does not constitute an admission that such omitted Agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Executory Contracts and Unexpired Leases. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Executory Contracts and Unexpired Leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

Certain of the Executory Contracts and Unexpired Leases listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the Executory Contracts and Unexpired Leases could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the Agreement.

7.    **Schedule H.** The Debtors are party to a debt agreement which was executed by multiple Debtors. The guaranty obligations under the prepetition secured credit agreement is noted on Schedule H for each individual Debtor. The Debtors may not have identified on Schedule H certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. Due to their voluminous nature, and to avoid unnecessary duplication, the Debtors have not included on Schedule H debts for which more than one Debtor may be liable if such

debts were already reflected on Schedule E/F or Schedule G for the respective Debtors subject to such debt.  To the extent these Notes include notes specific to Schedules D-G, such Notes also apply to the co-Debtors listed in Schedule H.

In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses.  Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H.

### Specific Notes With Respect to the Debtors' Statements of Financial Affairs

1.  **SOFA 1.**  The revenue amounts shown in response to SOFA 1 are net of returns and allowances, coupons, discounts, and shipping and handling.  Revenue amounts listed in SOFA 1 reflect third party revenue, and do not include revenue derived from Intercompany Transactions.  The Debtors' fiscal year ends on March 31 each year.

2.  **SOFA 3.**  As described in the Cash Management Motion, the Debtors utilize their integrated, centralized Cash Management System to collect, concentrate, and disburse funds generated by their operations.  The obligations of the Debtors are primarily paid by and through KidKraft, Inc. notwithstanding that certain obligations may be obligations of one or more of the Debtors as described in the Cash Management Motion and the Walker Declaration.

    The payments disclosed in SOFA 3 are based on payments made by the Debtors with payment dates from February 10, 2024 through May 9, 2024.  The actual dates that cash cleared the Debtors' bank accounts were not considered.  The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a significant manual review of individual bank statements.  It is expected, however, that many payments included in SOFA 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).  The response to SOFA 3 excludes payments made as part of regular and ordinary course individual expense reimbursements to employees and individual payroll disbursements and disbursements or transfers listed on SOFA 4 and SOFA 11.  Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

    All payments for services of any entities that provided consultation to the Debtors concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on SOFA 11 and are excluded from SOFA 3.

    The amounts listed in SOFA 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

4886-0602-5152

3.  **SOFA 4.**  For purposes of the Schedules and Statements, the Debtors define "insiders" as (i) officers, directors, and anyone in control of a corporate debtor and their relatives; (ii) partnerships in which a Debtor is a general partner and the general partner of any Debtor; and (iii) affiliates of the Debtors and insiders of such affiliates.  Individuals listed in the Statements as insiders have been included for informational purposes only and including them in the Schedules and Statements shall not constitute an admission by the Debtors that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings. To the extent that insiders receive benefits, those payments have been included as expense reimbursements or as part of ordinary course salary and benefits, as applicable, to the extent paid directly to the insider.  The Debtors also issue corporate-paid credit cards and reimburse direct business expenses incurred by insiders.  Such business expenses are also included in SOFA 4.  Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.

Pursuant to the Debtors' Cash Management System, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities. The Debtors have only listed each payment on the response to SOFA 4 for the Debtor entity that disbursed the payment.

The payments disclosed in SOFA 4 are based on payments made by the Debtors with payment dates from May 10, 2023 through May 9, 2024.  The actual dates that cash cleared the Debtors' bank accounts were not considered.  The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a significant manual review of individual bank statements.  It is expected, however, that many payments included in SOFA 4 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

With respect to intercompany transfers, given the volume of transfers and nature of noncash accounting adjustments, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to separate and list such claims on an individual basis.  Rather, the Debtors have provided intercompany balances as of March 31, 2023 and March 31, 2024, and have provided an estimate as of the Petition Date, to illustrate the change in balance over 1 year.

4.  **SOFA 6.**  The Debtors incur certain offsets and other similar rights in the ordinary course of business.  Offsets in the ordinary course can arise from various items including, but not limited to, billing discrepancies, customer programs, warranties, refunds, rebates, discounts, certain intercompany transactions, and other disputes between the Debtors and their customers and/or suppliers.  These offsets and other similar rights are consistent with the ordinary course practice in the Debtors' industry and are not tracked separately.  Therefore, such offsets and other similar

21

rights may have been accounted for when certain amounts were included in the Schedules.

5.   **SOFA 7.**  Information provided on SOFA 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to SOFA 7.  The Debtors reserve all of their rights to amend or supplement their response to SOFA 7.

6.   **SOFA 9.**  The donations and/or charitable contributions listed in response to SOFA 9 represent payments or donations of goods made to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records.

7.   **SOFA 10.**  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage due to natural causes.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  Given the scale of the Debtors' operations, certain losses are unable to be tracked by the Debtors with complete accuracy, and accordingly, such losses have not been listed on the Debtors' response to SOFA 10.

8.   **SOFA 11.**  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.  All disbursements listed in SOFA 11 were initiated and disbursed by KidKraft, Inc., but were for the benefit of all Debtors.  Such payments have been listed only at this entity and not duplicated across all Debtors.

     In addition, the Debtors have listed payments made to professionals retained by the Debtors, but not payments made to advisors of their lenders or other parties.

9.   **SOFA 16.**  The Debtors collect personal information from employees and applicants.  In addition, subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect certain customer information from various sources.  Examples of the types of information collected by the Debtors include, among other things, name, mailing address, telephone number, fax number, email address, social security numbers, insurance claim information and credit card information.  The Debtors retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements.

10.  **SOFA 21.**  In the ordinary course of business, the Debtors utilize leased property in the conduct of their business.  Such leases are listed on Schedule G.  As described in more detail in the Wages Motion and Walker Declaration, the Debtors withhold or retain certain funds from employees for payment to certain governmental authorities, including, but not limited to, payroll taxes.  These funds are held in trust

22

for turnover to the applicable governmental authority.  Given that the Debtors do not retain control of such funds and such funds are not considered property of the Debtors' estate, amounts of such funds have not been listed under SOFA 21.

11.     **SOFA 25.**  The Debtors have used their reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were a partner or owned five percent or more of the voting or equity securities within the six years immediately preceding the Petition Date.  KidKraft International Limited is incorporated in China, and thus does not have an Employer Identification Number.

12.     **SOFA 26.**   In the regular course of business, the Debtors have provided consolidated financial information to banks, customers, suppliers, rating agencies, landlords, and other various interested parties. In light of the number of recipients and the possibility that such information may have also been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed such specific individuals or entities.

13.     **SOFA 28.**  For each entity, the Debtors have included individuals identified as of the Petition Date as directors, officers, members, or managers, as applicable, of such entity in the Debtors' recordkeeping systems or, if no individuals were identified, an entity member, as applicable.

14.     **SOFA 30.**  Any and all known disbursements to insiders have been listed in response to SOFA 4.

15.     **SOFA 32.**  While the Debtors do not contribute to a pension fund, they offer participation in a 401(k) plan administered by an unaffiliated third party, Fidelity, to their employees.  The Debtors make discretionary contributions to the 401(k) plan for a maximum of up to 4% of an employee's salary, and the 401(k) plan complies to all applicable laws and is ERISA compliant.

4886-0602-5152

**Fill in this information to identify the case:**

Debtor name: KidKraft, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80045

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $103,960,355.08 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $103,960,355.08 |
| Copy line 92 from Schedule A/B | |

| | |
|---|---:|
| **2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) | $147,031,374.53 |
| Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $45,505.51 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $68,301,540.85 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

| | |
|---|---:|
| **4. Total Liabilities** | $215,378,420.89 |
| Lines 2 + 3a + 3b | |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** KidKraft, Inc. |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number:** 24-80045 |

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | Cash and Cash Equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $1,635.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | JPMorgan | Main Operating Account | 6589 | $1,441,945.84 |
| 3.2 | JPMorgan | USD Factoring Account | 5107 | $0.00 |
| 3.3 | JPMorgan | CAD Factoring Account | 1636 | 156,422 CAD |
| 3.4 | JPMorgan | CAD Operating Account | 1689 | 17,857.66 CAD |
| 3.5 | JPMorgan | Collateral Account | 1720 | $253,782.62 |
| 3.6 | JPMorgan | Fuzhou Operating Account | 9726 | 6,609.41 CNY/RMB |

| 3.7 | | | | |
|-----|---|---|---|---|
| | CMB | Shenzhen Operating Account | 0501 | $0.00 |
| 3.8 | | | | |
| | JPMorgan | Reserve Account | 6979 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
|-----|---|---|
| | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $1,825,705.69 |

**Part 2:    Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | Lease Deposit - Airport Trade Center II, LP | $140,019.84 |
|-----|---|---|
| 7.2 | Lease Deposit - Proterra Properties, Inc. | $4,729.00 |
| 7.3 | Lease Deposit - BPREP Sterling Street LLC | $81,774.15 |
| 7.4 | Lease Deposit - TSF Sportswear, LLC | $65,899.60 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | USI INSURANCE SERVICES LLC - LICENSE AND PERMIT BOND RENEWAL 5/27/24-5/26/25 | $2,031.25 |
|-----|---|---|
| 8.2 | Zurich/USI prepaid insurance through June 2024 | $2,223.90 |
| 8.3 | TOPS - Dues & Subscriptions - through 6-2024 | $108.25 |
| 8.4 | DELAWARE AMERICAN LIFE INSURANCE COMPANY - Life Insurance - through 6-2024 | $145.87 |
| 8.5 | DELL MARKETING LP - SW & License Expense - through 6-2024 | $3,149.76 |
| 8.6 | DELL MARKETING LP - Dues & Subscriptions - through 6-2024 | $9,270.05 |
| 8.7 | SAS INSTITUTE INC - SW & License Expense - through 7-2024 | $469.63 |

| | | |
|---|---|---|
| 8.8 | SALESFORCE.COM INC - Dues & Subscriptions - through 8-2024 | $7,792.06 |
| 8.9 | GS1 - SW & License Expense - through 8-2024 | $566.10 |
| 8.10 | GS1 - SW & License Expense - through 8-2024 | $577.50 |
| 8.11 | Insight - Dues & Subscriptions - through 7-2024 | $6,946.22 |
| 8.12 | CELIGO INC - Dues & Subscriptions - through 8-2024 | $2,398.50 |
| 8.13 | QUICKBASE INC - Dues & Subscriptions - through 12-2024 | $9,439.43 |
| 8.14 | SMARTSHEET INC - SW & License Expense - through 11-2024 | $1,758.90 |
| 8.15 | UKG ULTIMATE KRONOS GROUP INC - Dues & Subscriptions - through 6-2024 | $357.22 |
| 8.16 | UKG ULTIMATE KRONOS GROUP INC - Dues & Subscriptions - through 6-2024 | $5,844.76 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$345,501.99

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $3,362,621.61 | − | | = ........ ➔ | $3,362,621.61 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $1,424,703.90 | − | $685,363.11 | = ........ ➔ | $739,340.79 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$4,101,962.40

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| | KidKraft International Holdings, Inc. | 100.0% | None | Undetermined |
| 15.2 | | | | |
| | Solowave Design Corp. | 100.0% | None | Undetermined |
| 15.3 | | | | |
| | Solowave Design Holdings Limited | 100.0% | None | Undetermined |
| 15.4 | | | | |
| | KidKraft International Limited | 100.0% | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| | | | | |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| Components - Indoor | 4/1/2023 | $716,687.85 | Net Book Value | Undetermined |
| 20.2 | | | | |
| Components - Outdoor | 4/1/2023 | $3,019,560.48 | Net Book Value | Undetermined |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| 12" Doll Accessories | 4/1/2023 | $38,285.08 | Net Book Value | Undetermined |
| 21.2 | | | | |
| 18" Doll Accessories | 4/1/2023 | $210,509.74 | Net Book Value | Undetermined |

Debtor  KidKraft, Inc.
Name

Case number (if known) 24-80045

| | | | | | |
|---|---|---|---|---|---|
| 21.3 | 5" Dolls | 4/1/2023 | $1,503.16 | Net Book Value | Undetermined |
| 21.4 | Activity Tables | 4/1/2023 | $37,065.82 | Net Book Value | Undetermined |
| 21.5 | Benches | 4/1/2023 | $1,506.39 | Net Book Value | Undetermined |
| 21.6 | Bookcases | 4/1/2023 | $50,252.94 | Net Book Value | Undetermined |
| 21.7 | Climbers | 4/1/2023 | $106,684.44 | Net Book Value | Undetermined |
| 21.8 | Corner Play Kitchens | 4/1/2023 | $727,797.17 | Net Book Value | Undetermined |
| 21.9 | Desks | 4/1/2023 | $291,791.26 | Net Book Value | Undetermined |
| 21.10 | Dollhouse for 12" Dolls | 4/1/2023 | $855,149.03 | Net Book Value | Undetermined |
| 21.11 | Dollhouse for 18" Dolls | 4/1/2023 | $122,519.66 | Net Book Value | Undetermined |
| 21.12 | Dollhouse for 5" Dolls | 4/1/2023 | $38,610.52 | Net Book Value | Undetermined |
| 21.13 | Easels | 4/1/2023 | $34,498.40 | Net Book Value | Undetermined |
| 21.14 | Holders | 4/1/2023 | $15.82 | Net Book Value | Undetermined |
| 21.15 | Indoor Games | 4/1/2023 | $8,359.06 | Net Book Value | Undetermined |
| 21.16 | Kids' Table & Chair Sets | 4/1/2023 | $276,793.49 | Net Book Value | Undetermined |
| 21.17 | Kitchen Accessories | 4/1/2023 | $145,744.92 | Net Book Value | Undetermined |
| 21.18 | Large Play Kitchens | 4/1/2023 | $1,386,915.98 | Net Book Value | Undetermined |
| 21.19 | Mansion Dollhouse for 12" Dolls | 4/1/2023 | $1,411,032.13 | Net Book Value | Undetermined |
| 21.20 | Musical Instruments | 4/1/2023 | $42.88 | Net Book Value | Undetermined |
| 21.21 | Outdoor Accessories | 4/1/2023 | $88,585.52 | Net Book Value | Undetermined |
| 21.22 | Outdoor Chairs | 4/1/2023 | $234,969.07 | Net Book Value | Undetermined |

Debtor   KidKraft, Inc.
Name

Case number (if known) 24-80045

| | | | | | |
|---|---|---|---|---|---|
| 21.23 | Outdoor Playhouses | 4/1/2023 | $1,309,476.39 | Net Book Value | Undetermined |
| 21.24 | Outdoor Swing Sets | 4/1/2023 | $12,684,352.59 | Net Book Value | Undetermined |
| 21.25 | Outdoor Table & Chair Sets | 4/1/2023 | $246,255.39 | Net Book Value | Undetermined |
| 21.26 | Play Sets | 4/1/2023 | $128,502.96 | Net Book Value | Undetermined |
| 21.27 | Play Tents | 4/1/2023 | $2,006.23 | Net Book Value | Undetermined |
| 21.28 | Preschool & Toddler Toys | 4/1/2023 | $8,442.22 | Net Book Value | Undetermined |
| 21.29 | Pretend Play | 4/1/2023 | $33,700.58 | Net Book Value | Undetermined |
| 21.30 | Sandboxes | 4/1/2023 | $187,457.57 | Net Book Value | Undetermined |
| 21.31 | Single Chairs | 4/1/2023 | $23,635.25 | Net Book Value | Undetermined |
| 21.32 | Stools | 4/1/2023 | $29,025.03 | Net Book Value | Undetermined |
| 21.33 | Toddler Beds | 4/1/2023 | $10,419.70 | Net Book Value | Undetermined |
| 21.34 | Toddler Play Kitchens | 4/1/2023 | $467,934.90 | Net Book Value | Undetermined |
| 21.35 | Toy Boxes | 4/1/2023 | $18,084.37 | Net Book Value | Undetermined |
| 21.36 | Toy Organizers | 4/1/2023 | $16,583.13 | Net Book Value | Undetermined |
| 21.37 | Train & Activity Tables | 4/1/2023 | $114,927.23 | Net Book Value | Undetermined |
| 21.38 | Train Accessories | 4/1/2023 | $17,872.09 | Net Book Value | Undetermined |
| 21.39 | Train Set & Table | 4/1/2023 | $152,732.73 | Net Book Value | Undetermined |
| 21.40 | Train Sets | 4/1/2023 | $10,210.14 | Net Book Value | Undetermined |
| 21.41 | Twin Beds | 4/1/2023 | $1,838.76 | Net Book Value | Undetermined |
| 21.42 | Vanities | 4/1/2023 | $589.33 | Net Book Value | Undetermined |

| 21.43 | | | | | |
| | Vehicle Sets | 4/1/2023 | $137.31 | Net Book Value | Undetermined |
| 21.44 | | | | | |
| | Wardrobe | 4/1/2023 | $4,454.01 | Net Book Value | Undetermined |

**22. Other inventory or supplies**

| 22.1 | | | | | |
| | Inventory in transit (on the water from China) | 5/9/2024 | $139,528.00 | Cost (purchase price) | Undetermined |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

|  |
|---|
| $0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $1,343,417.10    Valuation method    Book Value    Current value    Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Furniture & Fixtures | $172,647.94 | Net Book Value | Undetermined |
| **40. Office fixtures** | | | |
| 40.1   See AB 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Office Equipment | $30,693.20 | Net Book Value | Undetermined |
| 41.2   Computer Equipment & Software | $842,584.49 | Net Book Value | Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)** | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2012 Ford Super Duty F750 26 Foot Box Pickup VIN: 3FRNF7GA5CV187408 | $42,260.94 | Net Book Value | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Machinery & Equipment | $76,112.56 | Net Book Value | Undetermined |
| 50.2<br>Product Molds | $817,969.03 | Net Book Value | Undetermined |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   2525 Esters Blvd. Dallas, TX 75261 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.2   4630 Olin Road Dallas, TX 75244 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.3   9016 Sterling St. Irving, TX 75063 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.4   3221 East Arkansas Lane, Arlington, TX 76010 | Leased | $0.00 | Net Book Value | Undetermined |
| 55.5   Leasehold Improvements | | $95,536.91 | Net Book Value | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   Patent - Patent # ES2948675T3, EP3655125B1 | $0.00 | Book Value | Undetermined |
| 60.2   Patent - Patent # EP3655125B1 | $0.00 | Book Value | Undetermined |
| 60.3   Patent - Patent # ES2948007T3, EP3655126B1 | $0.00 | Book Value | Undetermined |
| 60.4   Patent - Patent # EP3655126B1 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.5 | | | |
| Patent - Patent # 11524218 | $0.00 | Book Value | Undetermined |
| 60.6 | | | |
| Patent - Patent # 11135525 | $0.00 | Book Value | Undetermined |
| 60.7 | | | |
| Patent - Patent # 11020681 | $0.00 | Book Value | Undetermined |
| 60.8 | | | |
| Patent - Patent # 10898820 | $0.00 | Book Value | Undetermined |
| 60.9 | | | |
| Patent - Patent # D880630 | $0.00 | Book Value | Undetermined |
| 60.10 | | | |
| Patent - Patent # CA177540S | $0.00 | Book Value | Undetermined |
| 60.11 | | | |
| Patent - Patent # D821505 | $0.00 | Book Value | Undetermined |
| 60.12 | | | |
| Patent - Patent # D731218 | $0.00 | Book Value | Undetermined |
| 60.13 | | | |
| Patent - Patent # 7708348 | $0.00 | Book Value | Undetermined |
| 60.14 | | | |
| Trademark (Argentina) - KIDKRAFT. Serial # 3299991. Registration # 2701938 | $0.00 | Book Value | Undetermined |
| 60.15 | | | |
| Trademark (Argentina) - KIDKRAFT. Serial # 3299992. Registration # 2702105 | $0.00 | Book Value | Undetermined |
| 60.16 | | | |
| Trademark (Argentina) - KIDKRAFT. Serial # 3299993. Registration # 2711723 | $0.00 | Book Value | Undetermined |
| 60.17 | | | |
| Trademark (Australia) - BEAT BOARD. Serial # A0131997. Registration # 1715836 | $0.00 | Book Value | Undetermined |
| 60.18 | | | |
| Trademark (Australia) - KIDKRAFT. Serial # 1043775. Registration # 1043775 | $0.00 | Book Value | Undetermined |
| 60.19 | | | |
| Trademark (Australia) - KIDKRAFT. Serial # 1640525. Registration # 1640525 | $0.00 | Book Value | Undetermined |
| 60.20 | | | |
| Trademark (Australia) - KIDKRAFT. Serial # A0108712. Registration # 1601537 | $0.00 | Book Value | Undetermined |
| 60.21 | | | |
| Trademark (Australia) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 1640523. Registration # 1640523 | $0.00 | Book Value | Undetermined |
| 60.22 | | | |
| Trademark (Australia) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 | $0.00 | Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 60.23 | Trademark (Australia) - PLAYKRAFT. Serial # 1253379. Registration # 1253379 | $0.00 | Book Value | Undetermined |
| 60.24 | Trademark (Australia) - Vertical Logo (B&W) old. Serial # 1043776. Registration # 1043776 | $0.00 | Book Value | Undetermined |
| 60.25 | Trademark (Bolivia) - KIDKRAFT. Serial # 2015000002. Registration # 161439 | $0.00 | Book Value | Undetermined |
| 60.26 | Trademark (Bolivia) - KIDKRAFT. Serial # 2015000003. Registration # 161440 | $0.00 | Book Value | Undetermined |
| 60.27 | Trademark (Bolivia) - KIDKRAFT. Serial # 2015000004. Registration # 161441 | $0.00 | Book Value | Undetermined |
| 60.28 | Trademark (Brazil) - KIDKRAFT. Serial # 840749694. Registration # 840749694 | $0.00 | Book Value | Undetermined |
| 60.29 | Trademark (Brazil) - KIDKRAFT. Serial # 840749732. Registration # 840749732 | $0.00 | Book Value | Undetermined |
| 60.30 | Trademark (Brazil) - KIDKRAFT. Serial # 840749775. Registration # 840749775 | $0.00 | Book Value | Undetermined |
| 60.31 | Trademark (Canada) - BEAT BOARD. Serial # A0131997. Registration # 1715836 | $0.00 | Book Value | Undetermined |
| 60.32 | Trademark (Canada) - BIG BACKYARD. Serial # 1891497. Registration # 1096875 | $0.00 | Book Value | Undetermined |
| 60.33 | Trademark (Canada) - EZ KRAFT ASSEMBLY. Serial # 1868917. Registration # 1099852 | $0.00 | Book Value | Undetermined |
| 60.34 | Trademark (Canada) - KIDKRAFT. Serial # 1216509. Registration # 680420 | $0.00 | Book Value | Undetermined |
| 60.35 | Trademark (Canada) - KIDKRAFT. Serial # A0108712. Registration # 1601537 | $0.00 | Book Value | Undetermined |
| 60.36 | Trademark (Canada) - Kids/Star Solo Logo (B&W). Serial # 1889135. Registration # 1084371 | $0.00 | Book Value | Undetermined |
| 60.37 | Trademark (Canada) - MADE FOR MAKE BELIEVE. Serial # 1924172. Registration # 1084947 | $0.00 | Book Value | Undetermined |
| 60.38 | Trademark (Chile) - KIDKRAFT. Serial # 1086449. Registration # 1190624 | $0.00 | Book Value | Undetermined |

| 60.39 | Trademark (China) - BEAT BOARD. Serial # 69983934. Registration # | $0.00 | Book Value | Undetermined |
| 60.40 | Trademark (China) - KIDDICRAFT (Stylized). Serial # 1188419. Registration # 1188419 | $0.00 | Book Value | Undetermined |
| 60.41 | Trademark (China) - KIDDICRAFT (Stylized). Serial # 13675222. Registration # 13675222 | $0.00 | Book Value | Undetermined |
| 60.42 | Trademark (China) - KIDKRAFT. Serial # 4051393. Registration # 4051393 | $0.00 | Book Value | Undetermined |
| 60.43 | Trademark (China) - KIDKRAFT. Serial # 4051394. Registration # 4051394 | $0.00 | Book Value | Undetermined |
| 60.44 | Trademark (China) - KIDKRAFT. Serial # 12908444. Registration # 12908444 | $0.00 | Book Value | Undetermined |
| 60.45 | Trademark (China) - KIDKRAFT. Serial # 19797471. Registration # 19797471 | $0.00 | Book Value | Undetermined |
| 60.46 | Trademark (China) - KIDKRAFT. Serial # 56779912. Registration # 56779912 | $0.00 | Book Value | Undetermined |
| 60.47 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17015025. Registration # 17015025 | $0.00 | Book Value | Undetermined |
| 60.48 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 16667424. Registration # 16667424 | $0.00 | Book Value | Undetermined |
| 60.49 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 16828385. Registration # 16828385 | $0.00 | Book Value | Undetermined |
| 60.50 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17015289. Registration # 17015289 | $0.00 | Book Value | Undetermined |
| 60.51 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17015962. Registration # 17015962 | $0.00 | Book Value | Undetermined |
| 60.52 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17016169. Registration # 17016169 | $0.00 | Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 60.53 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17016460. Registration # 17016460 | $0.00 | Book Value | Undetermined |
| 60.54 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17016743. Registration # 17016743 | $0.00 | Book Value | Undetermined |
| 60.55 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17016986. Registration # 17016986 | $0.00 | Book Value | Undetermined |
| 60.56 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 17017180. Registration # 17017180 | $0.00 | Book Value | Undetermined |
| 60.57 | Trademark (China) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 20271187. Registration # 20271187 | $0.00 | Book Value | Undetermined |
| 60.58 | Trademark (China) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 | $0.00 | Book Value | Undetermined |
| 60.59 | Trademark (China) - MADE FOR MAKE BELIEVE. Serial # A0084810. Registration # 1469515 | $0.00 | Book Value | Undetermined |
| 60.60 | Trademark (China) - MADE FOR MAKE BELIEVE. Serial # 68653345. Registration # 68653345 | $0.00 | Book Value | Undetermined |
| 60.61 | Trademark (China) - PLAYKRAFT (Stylized). Serial # 14590028. Registration # 14590028 | $0.00 | Book Value | Undetermined |
| 60.62 | Trademark (China) - PLAYKRAFT LIVE LEARN PLAY & Design. Serial # 14590027. Registration # 14590027 | $0.00 | Book Value | Undetermined |
| 60.63 | Trademark (China) - Single Man Logo (B&W) old. Serial # 17059154. Registration # 17059154 | $0.00 | Book Value | Undetermined |
| 60.64 | Trademark (China) - Vertical Logo (B&W) old. Serial # 4051395. Registration # 4051395 | $0.00 | Book Value | Undetermined |
| 60.65 | Trademark (China) - Vertical Logo (B&W) old. Serial # 4061058. Registration # 4061058 | $0.00 | Book Value | Undetermined |
| 60.66 | Trademark (China) - ???. Serial # 17252447. Registration # 17252447 | $0.00 | Book Value | Undetermined |
| 60.67 | Trademark (China) - ???. Serial # 17252646. Registration # 17252646 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.68 | Trademark (China) - ???. Serial # 17252761. Registration # 17252761 | $0.00 | Book Value | Undetermined |
| 60.69 | Trademark (China) - ???. Serial # 17252865. Registration # 17252865 | $0.00 | Book Value | Undetermined |
| 60.70 | Trademark (China) - ???. Serial # 17253049. Registration # 17253049 | $0.00 | Book Value | Undetermined |
| 60.71 | Trademark (China) - ???. Serial # 17253052. Registration # 17253052 | $0.00 | Book Value | Undetermined |
| 60.72 | Trademark (China) - ???. Serial # 17253307. Registration # 17253307 | $0.00 | Book Value | Undetermined |
| 60.73 | Trademark (China) - ???. Serial # 17253380. Registration # 17253380 | $0.00 | Book Value | Undetermined |
| 60.74 | Trademark (China) - ???. Serial # 17292892. Registration # 17292892 | $0.00 | Book Value | Undetermined |
| 60.75 | Trademark (China) - ???. Serial # 17292893. Registration # 17292893 | $0.00 | Book Value | Undetermined |
| 60.76 | Trademark (China) - ???. Serial # 17292895. Registration # 17292895 | $0.00 | Book Value | Undetermined |
| 60.77 | Trademark (China) - ??? (Yi Tong Le in Chinese Characters). Serial # 13156670. Registration # 13156670 | $0.00 | Book Value | Undetermined |
| 60.78 | Trademark (China) - ??? (Yi Tong Le in Chinese Characters). Serial # 13156671. Registration # 13156671 | $0.00 | Book Value | Undetermined |
| 60.79 | Trademark (Colombia) - KIDKRAFT. Serial # 14286624. Registration # 506607 | $0.00 | Book Value | Undetermined |
| 60.80 | Trademark (Colombia) - KIDKRAFT. Serial # 14286627. Registration # 511733 | $0.00 | Book Value | Undetermined |
| 60.81 | Trademark (Colombia) - KIDKRAFT. Serial # 14286642. Registration # 511734 | $0.00 | Book Value | Undetermined |
| 60.82 | Trademark (Costa Rica) - KIDKRAFT. Serial # 20130010839. Registration # 237182 | $0.00 | Book Value | Undetermined |
| 60.83 | Trademark (Ecuador) - KIDKRAFT. Serial # 201433178. Registration # 2015TI005350 | $0.00 | Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 60.84 | Trademark (Ecuador) - KIDKRAFT. Serial # 201433183. Registration # 2016TI003023 | $0.00 | Book Value | Undetermined |
| 60.85 | Trademark (Ecuador) - KIDKRAFT. Serial # 201433180. Registration # 2017TI000804 | $0.00 | Book Value | Undetermined |
| 60.86 | Trademark (European Union) - BEAT BOARD. Serial # A0131997. Registration # 1715836 | $0.00 | Book Value | Undetermined |
| 60.87 | Trademark (European Union) - EZ KRAFT ASSEMBLY. Serial # 17509472. Registration # 17509472 | $0.00 | Book Value | Undetermined |
| 60.88 | Trademark (European Union) - KIDKRAFT. Serial # 3829793. Registration # 3829793 | $0.00 | Book Value | Undetermined |
| 60.89 | Trademark (European Union) - KIDKRAFT. Serial # 14204978. Registration # 14204978 | $0.00 | Book Value | Undetermined |
| 60.90 | Trademark (European Union) - KIDKRAFT. Serial # 14458673. Registration # 14458673 | $0.00 | Book Value | Undetermined |
| 60.91 | Trademark (European Union) - KIDKRAFT. Serial # 14485486. Registration # 14485486 | $0.00 | Book Value | Undetermined |
| 60.92 | Trademark (European Union) - KIDKRAFT. Serial # A0108712. Registration # 1601537 | $0.00 | Book Value | Undetermined |
| 60.93 | Trademark (European Union) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 13091459. Registration # 13091459 | $0.00 | Book Value | Undetermined |
| 60.94 | Trademark (European Union) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 | $0.00 | Book Value | Undetermined |
| 60.95 | Trademark (European Union) - MADE FOR MAKE BELIEVE. Serial # A0084810. Registration # 1469515 | $0.00 | Book Value | Undetermined |
| 60.96 | Trademark (European Union) - QUALITY YOU CAN CLIMB ON. Serial # 17426768. Registration # 17426768 | $0.00 | Book Value | Undetermined |
| 60.97 | Trademark (European Union) - Single Man Logo (B&W) old. Serial # 14106991. Registration # 14106991 | $0.00 | Book Value | Undetermined |
| 60.98 | Trademark (Hong Kong) - KIDKRAFT. Serial # 302905876. Registration # 302905876 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.99 | Trademark (Hong Kong) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 303495330. Registration # 303495330 | $0.00 | Book Value | Undetermined |
| 60.100 | Trademark (Hong Kong) - PLAYKRAFT. Serial # 303197548. Registration # 303197548 | $0.00 | Book Value | Undetermined |
| 60.101 | Trademark (Hong Kong) - PLAYKRAFT LIVE LEARN PLAY & Design. Serial # 303199285. Registration # 303199285 | $0.00 | Book Value | Undetermined |
| 60.102 | Trademark (Hong Kong) - ??? ???. Serial # 303455172. Registration # 303455172 | $0.00 | Book Value | Undetermined |
| 60.103 | Trademark (Hong Kong) - ??? ??? (Yi Tong Le in Chinese characters). Serial # 302905885. Registration # 302905885 | $0.00 | Book Value | Undetermined |
| 60.104 | Trademark (India) - KIDKRAFT. Serial # 2991671. Registration # 2991671 | $0.00 | Book Value | Undetermined |
| 60.105 | Trademark (Indonesia) - KIDKRAFT. Serial # 2022042312. Registration # IDM001065 411 | $0.00 | Book Value | Undetermined |
| 60.106 | Trademark (Indonesia) - KIDKRAFT & Design. Serial # 2013054977. Registration # 517578 | $0.00 | Book Value | Undetermined |
| 60.107 | Trademark (International Bureau (WIPO)) - BEAT BOARD. Serial # A0131997. Registration # 1715836 | $0.00 | Book Value | Undetermined |
| 60.108 | Trademark (International Bureau (WIPO)) - KIDKRAFT. Serial # A0108712. Registration # 1601537 | $0.00 | Book Value | Undetermined |
| 60.109 | Trademark (International Bureau (WIPO)) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 | $0.00 | Book Value | Undetermined |
| 60.110 | Trademark (International Bureau (WIPO)) - MADE FOR MAKE BELIEVE. Serial # A0084810. Registration # 1469515 | $0.00 | Book Value | Undetermined |
| 60.111 | Trademark (Israel) - KIDKRAFT. Serial # 268725. Registration # 268725 | $0.00 | Book Value | Undetermined |
| 60.112 | Trademark (Japan) - KIDKRAFT. Serial # 2004-42045. Registration # 4855984 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.113 | Trademark (Japan) - KIDKRAFT. Serial # 2014-86274. Registration # 5782978 | $0.00    Book Value | Undetermined |
| 60.114 | Trademark (Japan) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # 2014-086275. Registration # 5782979 | $0.00    Book Value | Undetermined |
| 60.115 | Trademark (Japan) - Vertical Logo (B&W) old. Serial # 2004-42044. Registration # 4820959 | $0.00    Book Value | Undetermined |
| 60.116 | Trademark (Mexico) - BEAT BOARD. Serial # A0131997. Registration # 1715836 | $0.00    Book Value | Undetermined |
| 60.117 | Trademark (Mexico) - KIDKRAFT. Serial # 1491034. Registration # 1556703 | $0.00    Book Value | Undetermined |
| 60.118 | Trademark (Mexico) - KIDKRAFT. Serial # 1490691. Registration # 1601290 | $0.00    Book Value | Undetermined |
| 60.119 | Trademark (Mexico) - KIDKRAFT. Serial # A0108712. Registration # 1601537 (2410543) | $0.00    Book Value | Undetermined |
| 60.120 | Trademark (Mexico) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 (2202709 – Class 20 & 2202710 – Class 28) | $0.00    Book Value | Undetermined |
| 60.121 | Trademark (New Zealand) - KIDKRAFT. Serial # 1010605. Registration # 1010605 | $0.00    Book Value | Undetermined |
| 60.122 | Trademark (Norway) - KIDKRAFT. Serial # 201314678. Registration # 277044 | $0.00    Book Value | Undetermined |
| 60.123 | Trademark (Norway) - KIDKRAFT. Serial # A0108712. Registration # 1601537 | $0.00    Book Value | Undetermined |
| 60.124 | Trademark (Norway) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 | $0.00    Book Value | Undetermined |
| 60.125 | Trademark (Norway) - Single Man Logo (B&W) old. Serial # 201514668. Registration # 289923 | $0.00    Book Value | Undetermined |
| 60.126 | Trademark (Panama) - KIDKRAFT. Serial # 22773801. Registration # 22773801 | $0.00    Book Value | Undetermined |
| 60.127 | Trademark (Panama) - KIDKRAFT. Serial # 22773901. Registration # 22773901 | $0.00    Book Value | Undetermined |

60.128
Trademark (Panama) - KIDKRAFT. Serial # 22774001.    $0.00    Book Value    Undetermined
Registration # 22774001

60.129
Trademark (Peru) - KIDKRAFT. Serial # 0557447-2013.    $0.00    Book Value    Undetermined
Registration # 83081

60.130
Trademark (Peru) - KIDKRAFT. Serial # 0557448-2013.    $0.00    Book Value    Undetermined
Registration # 213668

60.131
Trademark (Peru) - KIDKRAFT. Serial # 0557449-2013.    $0.00    Book Value    Undetermined
Registration # 213669

60.132
Trademark (Republic of Korea) - BEAT BOARD. Serial #    $0.00    Book Value    Undetermined
A0131997. Registration # 1715836

60.133
Trademark (Republic of Korea) - KIDKRAFT. Serial #    $0.00    Book Value    Undetermined
4020130013537
. Registration # 401018418

60.134
Trademark (Republic of Korea) - KIDKRAFT. Serial #    $0.00    Book Value    Undetermined
4520110002659. Registration # 450042197

60.135
Trademark (Republic of Korea) - KIDKRAFT. Serial #    $0.00    Book Value    Undetermined
A0108712. Registration # 1601537

60.136
Trademark (Republic of Korea) - Kids/Star Solo Logo (B&W).    $0.00    Book Value    Undetermined
Serial # A0074253. Registration # 1413390

60.137
Trademark (Russian Federation) - KIDKRAFT. Serial #    $0.00    Book Value    Undetermined
2015725305. Registration # 628096

60.138
Trademark (Russian Federation) - KIDKRAFT. Serial #    $0.00    Book Value    Undetermined
2015725309. Registration # 628097

60.139
Trademark (Russian Federation) - KIDKRAFT. Serial #    $0.00    Book Value    Undetermined
A0108712. Registration # 1601537

60.140
Trademark (Russian Federation) - Kids/Star Solo Logo (B&W).    $0.00    Book Value    Undetermined
Serial # A0074253. Registration # 1413390

60.141
Trademark (Russian Federation) - Single Man Logo (B&W) old.    $0.00    Book Value    Undetermined
Serial # 2015725313. Registration # 590675

60.142
Trademark (Singapore) - KIDKRAFT. Serial # T1320229I.    $0.00    Book Value    Undetermined
Registration # T1320229I

60.143
Trademark (Singapore) - KIDKRAFT. Serial # T1320230B.    $0.00    Book Value    Undetermined
Registration # T1320230B

| 60.144 | Trademark (Singapore) - KIDKRAFT. Serial # T1320232I. Registration # T1320232I | $0.00 | Book Value | Undetermined |
|---|---|---|---|---|
| 60.145 | Trademark (South Africa) - KIDKRAFT. Serial # 2013/33997. Registration # 201333997 | $0.00 | Book Value | Undetermined |
| 60.146 | Trademark (South Africa) - KIDKRAFT. Serial # 2013/33998. Registration # 201333998 | $0.00 | Book Value | Undetermined |
| 60.147 | Trademark (South Africa) - KIDKRAFT. Serial # 2013/33999. Registration # 201333999 | $0.00 | Book Value | Undetermined |
| 60.148 | Trademark (Switzerland) - KIDKRAFT. Serial # 64685/2013. Registration # 660446 | $0.00 | Book Value | Undetermined |
| 60.149 | Trademark (Switzerland) - KIDKRAFT. Serial # 59577/2015. Registration # 683495 | $0.00 | Book Value | Undetermined |
| 60.150 | Trademark (Switzerland) - KIDKRAFT. Serial # 59551/2015. Registration # 683952 | $0.00 | Book Value | Undetermined |
| 60.151 | Trademark (Switzerland) - Single Man Logo (B&W) old. Serial # 59571/2015. Registration # 683679 | $0.00 | Book Value | Undetermined |
| 60.152 | Trademark (Taiwan) - KIDKRAFT. Serial # 93020988. Registration # 1157253 | $0.00 | Book Value | Undetermined |
| 60.153 | Trademark (Taiwan) - Vertical Logo (B&W) old. Serial # 93020987. Registration # 1157252 | $0.00 | Book Value | Undetermined |
| 60.154 | Trademark (Ukraine) - KIDKRAFT. Serial # M20151425 0. Registration # 222220 | $0.00 | Book Value | Undetermined |
| 60.155 | Trademark (United Arab Emirates) - KIDKRAFT. Serial # 69786. Registration # 59608 | $0.00 | Book Value | Undetermined |
| 60.156 | Trademark (United Arab Emirates) - KIDKRAFT. Serial # 69787. Registration # 90041 | $0.00 | Book Value | Undetermined |
| 60.157 | Trademark (United Arab Emirates) - KIDKRAFT. Serial # 69785. Registration # 59609 | $0.00 | Book Value | Undetermined |
| 60.158 | Trademark (United Arab Emirates) - Vertical Logo (B&W) old. Serial # 69782. Registration # 59607 | $0.00 | Book Value | Undetermined |
| 60.159 | Trademark (United Arab Emirates) - Vertical Logo (B&W) old. Serial # 69783. Registration # 59610 | $0.00 | Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 60.160 | Trademark (United Arab Emirates) - Vertical Logo (B&W) old. Serial # 69784. Registration # 90068 | $0.00 | Book Value | Undetermined |
| 60.161 | Trademark (United Kingdom) - BEAT BOARD. Serial # A0131997. Registration # 1715836 | $0.00 | Book Value | Undetermined |
| 60.162 | Trademark (United Kingdom) - EZ KRAFT ASSEMBLY. Serial # UK0091750 9472. Registration # UK0091750 9472 | $0.00 | Book Value | Undetermined |
| 60.163 | Trademark (United Kingdom) - KIDKRAFT. Serial # UK0090382 9793. Registration # UK0090382 9793 | $0.00 | Book Value | Undetermined |
| 60.164 | Trademark (United Kingdom) - KIDKRAFT. Serial # UK0091420 4978. Registration # UK0091420 4978 | $0.00 | Book Value | Undetermined |
| 60.165 | Trademark (United Kingdom) - KIDKRAFT. Serial # UK0091445 8673. Registration # UK0091445 8673 | $0.00 | Book Value | Undetermined |
| 60.166 | Trademark (United Kingdom) - KIDKRAFT. Serial # UK0091448 5486. Registration # UK0091448 5486 | $0.00 | Book Value | Undetermined |
| 60.167 | Trademark (United Kingdom) - KIDKRAFT. Serial # A0108712. Registration # 1601537 | $0.00 | Book Value | Undetermined |
| 60.168 | Trademark (United Kingdom) - KIDKRAFT LIVE LEARN PLAY EST. 1968 & Design. Serial # UK0091309 1459. Registration # UK0091309 1459 | $0.00 | Book Value | Undetermined |
| 60.169 | Trademark (United Kingdom) - Kids/Star Solo Logo (B&W). Serial # A0074253. Registration # 1413390 | $0.00 | Book Value | Undetermined |
| 60.170 | Trademark (United Kingdom) - Kids/Star Solo Logo (B&W). Serial # UK0080141 3390. Registration # UK0080141 3390 | $0.00 | Book Value | Undetermined |
| 60.171 | Trademark (United Kingdom) - MADE FOR MAKE BELIEVE. Serial # UK0080146 9515-. Registration # UK0080146 9515 | $0.00 | Book Value | Undetermined |
| 60.172 | Trademark (United Kingdom) - QUALITY YOU CAN CLIMB ON. Serial # UK0091742 6768. Registration # UK0091742 6768 | $0.00 | Book Value | Undetermined |
| 60.173 | Trademark (United Kingdom) - Single Man Logo (B&W) old. Serial # UK0091410 6991. Registration # UK0091410 6991 | $0.00 | Book Value | Undetermined |
| 60.174 | Trademark (United States of America) - BEAT BOARD. Serial # 97769126. Registration # 7317908 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.175 | Trademark (United States of America) - EZ KRAFT ASSEMBLY. Serial # 87/468,807. Registration # 6348302 | $0.00 | Book Value | Undetermined |
| 60.176 | Trademark (United States of America) - KIDKRAFT. Serial # 76/558,752. Registration # 2980497 | $0.00 | Book Value | Undetermined |
| 60.177 | Trademark (United States of America) - KIDKRAFT. Serial # 86/552,251. Registration # 4831199 | $0.00 | Book Value | Undetermined |
| 60.178 | Trademark (United States of America) - KIDKRAFT. Serial # 86/604,811. Registration # 4836801 | $0.00 | Book Value | Undetermined |
| 60.179 | Trademark (United States of America) - KIDKRAFT. Serial # 90/327,631. Registration # 6455176 | $0.00 | Book Value | Undetermined |
| 60.180 | Trademark (United States of America) - Kids/Star Solo Logo (B&W). Serial # 87/616,459. Registration # 5764409 | $0.00 | Book Value | Undetermined |
| 60.181 | Trademark (United States of America) - Kids/Star Solo Logo (B&W). Serial # 76/558,697. Registration # 2980496 | $0.00 | Book Value | Undetermined |
| 60.182 | Trademark (United States of America) - Kids/Star Solo Logo (in Color). Serial # 87/616,465. Registration # 5764410 | $0.00 | Book Value | Undetermined |
| 60.183 | Trademark (United States of America) - MADE FOR MAKE BELIEVE. Serial # 88/151,461. Registration # 6125244 | $0.00 | Book Value | Undetermined |
| 60.184 | Trademark (United States of America) - Primary Go-To Logo (B&W). Serial # 87/616,455. Registration # 5764408 | $0.00 | Book Value | Undetermined |
| 60.185 | Trademark (United States of America) - Vertical Logo (B&W). Serial # 76/558,690. Registration # 2980495 | $0.00 | Book Value | Undetermined |
| 60.186 | Trademark (Uruguay) - KIDKRAFT. Serial # 454508. Registration # 454508 | $0.00 | Book Value | Undetermined |
| 60.187 | Trademark (Venezuela) - KIDKRAFT. Serial # 2013024210. Registration # P344029 | $0.00 | Book Value | Undetermined |
| 60.188 | Trademark (Venezuela) - KIDKRAFT. Serial # 2013024212. Registration # P344030 | $0.00 | Book Value | Undetermined |
| 60.189 | Trademark (Venezuela) - KIDKRAFT. Serial # 2013024211. Registration # S059836 | $0.00 | Book Value | Undetermined |
| 60.190 | Trademark (United States of America) - TEENY HOUSE. Serial # 87261039. Registration # 5520345 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.191 | Trademark (Canada) - PERSONALIZATION BY KIDKRAFT & Design. Serial # 1471393. Registration # TMA85614 5 | $0.00 | Book Value | Undetermined |
| 60.192 | Trademark (Canada) - KIDKRAFT & DESIGN. Serial # 1050543. Registration # TMA60550 4 | $0.00 | Book Value | Undetermined |
| 60.193 | Trademark (European Union) - TEENY HOUSE. Serial # 16304495. Registration # 16304495 | $0.00 | Book Value | Undetermined |
| 60.194 | Trademark (United Kingdom) - TEENY HOUSE. Serial # UK00916304495. Registration # UK00916304495 | $0.00 | Book Value | Undetermined |
| 60.195 | Trademark (Turkey) - kidkraft. Serial # 2013/103865. Registration # | $0.00 | Book Value | Undetermined |
| 60.196 | Trademark (Mexico) - TEENY HOUSE. Serial # 1831365. Registration # | $0.00 | Book Value | Undetermined |
| 60.197 | Copyright - 2-in-1 Activity Table with Board - Espresso #17577. Registration # VA0002012243 | $0.00 | Book Value | Undetermined |
| 60.198 | Copyright - 2-in-1 Activity Table with Board - Natural #17576. Registration # VA0001994062 | $0.00 | Book Value | Undetermined |
| 60.199 | Copyright - Airport Express Train Set and Table - Espresso #17976. Registration # VA0001994014 | $0.00 | Book Value | Undetermined |
| 60.200 | Copyright - All in One Wood Kitchen #53112. Registration # VA0002004091 | $0.00 | Book Value | Undetermined |
| 60.201 | Copyright - Amelia Dollhouse #65093. Registration # VA0001974355 | $0.00 | Book Value | Undetermined |
| 60.202 | Copyright - Amelia Dollhouse (with 2 Stairs) #65109. Registration # VA0001994043 | $0.00 | Book Value | Undetermined |
| 60.203 | Copyright - Blue Retro Kitchen and Refrigerator #53286. Registration # VA0001994041 | $0.00 | Book Value | Undetermined |
| 60.204 | Copyright - Chelsea Doll Cottage #65054. Registration # VA0001994060 | $0.00 | Book Value | Undetermined |
| 60.205 | Copyright - Chillin' and Grillin' Kitchen #53311. Registration # VA0002003728 | $0.00 | Book Value | Undetermined |
| 60.206 | Copyright - Classic Kitchenette #53362. Registration # VA0001994038 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.207 | Copyright - Cook with Me Kitchen #53339. Registration # VA0001994057 | $0.00 | Book Value | Undetermined |
| 60.208 | Copyright - Country Estate Dollhouse #65242. Registration # VA0002010120 | $0.00 | Book Value | Undetermined |
| 60.209 | Copyright - Deluxe Corner Play Kitchen #53368. Registration # VAu001236625 | $0.00 | Book Value | Undetermined |
| 60.210 | Copyright - Deluxe Fire Rescue Set #63214. Registration # VA0002002355 | $0.00 | Book Value | Undetermined |
| 60.211 | Copyright - Deluxe Play Teepee - Navy #00214. Registration # VA0001994044 | $0.00 | Book Value | Undetermined |
| 60.212 | Copyright - Espresso Grand Gourmet Kitchen #53302. Registration # VA0001994047 | $0.00 | Book Value | Undetermined |
| 60.213 | Copyright - Everyday Heroes Play Set 63239 Version 2012. Registration # VA0001994053 | $0.00 | Book Value | Undetermined |
| 60.214 | Copyright - Everyday Heroes Wooden Play Set #63239. Registration # VA0001994054 | $0.00 | Book Value | Undetermined |
| 60.215 | Copyright - Fire Rescue Station #63442. Registration # VA0002002353 | $0.00 | Book Value | Undetermined |
| 60.216 | Copyright - Fire Station Set #63236. Registration # VA0002002354 | $0.00 | Book Value | Undetermined |
| 60.217 | Copyright - Fire Truck Toddler Bed #76021. Registration # VA0001994010 | $0.00 | Book Value | Undetermined |
| 60.218 | Copyright - Frozen Snowflake Mansion #65880. Registration # VA0001994064 | $0.00 | Book Value | Undetermined |
| 60.219 | Copyright - Gracie Kitchen #53277. Registration # VA0001994048 | $0.00 | Book Value | Undetermined |
| 60.220 | Copyright - Grocery Marketplace #53017. Registration # VA0001994018 | $0.00 | Book Value | Undetermined |
| 60.221 | Copyright - Home Cooking Kitchen #53198. Registration # VA0001994015 | $0.00 | Book Value | Undetermined |
| 60.222 | Copyright - Kaylee Dollhouse #65869. Registration # VA0001994013 | $0.00 | Book Value | Undetermined |

| | | | | |
|---|---|---|---|---|
| 60.223 | Copyright - Large Play Kitchen with Lights and Sounds #53369. Registration # VAu001236624 | $0.00 | Book Value | Undetermined |
| 60.224 | Copyright - Metropolis Train Set and Table #17935. Registration # VA0001994017 | $0.00 | Book Value | Undetermined |
| 60.225 | Copyright - Modern Country Kitchen #53222. Registration # VA0001994042 | $0.00 | Book Value | Undetermined |
| 60.226 | Copyright - My Dream Mansion #65082. Registration # VA0002004100 | $0.00 | Book Value | Undetermined |
| 60.227 | Copyright - Pirate Sandboat #00128. Registration # VA0001994012 | $0.00 | Book Value | Undetermined |
| 60.228 | Copyright - Pirate Toddler Bed #86928. Registration # VA0001994056 | $0.00 | Book Value | Undetermined |
| 60.229 | Copyright - Princess Vanity and Stool #76123. Registration # VA0001994011 | $0.00 | Book Value | Undetermined |
| 60.230 | Copyright - Ride Around Town Train Set and Table #17836. Registration # VA0001994061 | $0.00 | Book Value | Undetermined |
| 60.231 | Copyright - Soho Townhouse #65277. Registration # VA0001994065 | $0.00 | Book Value | Undetermined |
| 60.232 | Copyright - Star Table and Chair Set with Primary Bins #26912. Registration # VA0001994049 | $0.00 | Book Value | Undetermined |
| 60.233 | Copyright - Sweet Savannah Dollhouse #65851. Registration # VA0001994019 | $0.00 | Book Value | Undetermined |
| 60.234 | Copyright - Sweet Sorbet Kitchen #53343. Registration # VA0002009924 | $0.00 | Book Value | Undetermined |
| 60.235 | Copyright - Sweet Treats Kitchen #53351. Registration # VA0002003729 | $0.00 | Book Value | Undetermined |
| 60.236 | Copyright - Teepee in Orange #00213. Registration # VA0001994063 | $0.00 | Book Value | Undetermined |
| 60.237 | Copyright - Ultimate Corner Play Kitchen with Lights & Sounds #53365. Registration # VAu001243374 | $0.00 | Book Value | Undetermined |
| 60.238 | Copyright - Waterfall Mountain Train Set & Table #17850. Registration # VA0001994016 | $0.00 | Book Value | Undetermined |

| 60.239 | Copyright - 2013 KidKraft Personalization Catalog. Registration # VA0001871058 | $0.00 | Book Value | Undetermined |
|---|---|---|---|---|
| 60.240 | Copyright - ABC Table & Chair Set #21429/21430. Registration # VAu001150842 | $0.00 | Book Value | Undetermined |
| 60.241 | Copyright - Activity Car #63276. Registration # VAu001124117 | $0.00 | Book Value | Undetermined |
| 60.242 | Copyright - Annabelle Dollhouse & Packaging. Registration # VA0001744585 | $0.00 | Book Value | Undetermined |
| 60.243 | Copyright - Artist Easel & Packaging. Registration # VA0001748815 | $0.00 | Book Value | Undetermined |
| 60.244 | Copyright - Ashley Dollhouse #65822. Registration # VAu001124115 | $0.00 | Book Value | Undetermined |
| 60.245 | Copyright - Modern Outdoor Playhouse 00182. Registration # VAu001193219 | $0.00 | Book Value | Undetermined |
| 60.246 | Copyright - Beachfront Mansion 65385. Registration # VA0001806663 | $0.00 | Book Value | Undetermined |
| 60.247 | Copyright - Belmont Manor Dollhouse #65856. Registration # VA0001938291 | $0.00 | Book Value | Undetermined |
| 60.248 | Copyright - Blue Motorcycle Rocker #10015. Registration # VA0001915215 | $0.00 | Book Value | Undetermined |
| 60.249 | Copyright - Bucket Top Mountain Train Set & Packaging #17826. Registration # VA0001841249 | $0.00 | Book Value | Undetermined |
| 60.250 | Copyright - Pirate Ship Play Set #63262. Registration # VA0001884170 | $0.00 | Book Value | Undetermined |
| 60.251 | Copyright - Casa de Muneca Dollhouse & Packaging #65832. Registration # VAu001151044 | $0.00 | Book Value | Undetermined |
| 60.252 | Copyright - City Explorer's Train Set and Table #17985. Registration # VAu001110828 | $0.00 | Book Value | Undetermined |
| 60.253 | Copyright - City Lights Dollhouse #65154. Registration # VAu001142418 | $0.00 | Book Value | Undetermined |
| 60.254 | Copyright - Coffee Set - Espresso #63379. Registration # VAu001202920 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.255 | Copyright - Cook Together Kitchen & Packaging. Registration # VA0001744586 | $0.00 | Book Value | Undetermined |
| 60.256 | Copyright - Corner Dollhouse #65149. Registration # VA0001833055 | $0.00 | Book Value | Undetermined |
| 60.257 | Copyright - Country Cottage Dollhouse. Registration # VAu001124196 | $0.00 | Book Value | Undetermined |
| 60.258 | Copyright - Cranberry Retro Kitchen and Refrigerator #53297. Registration # VAu001142428 | $0.00 | Book Value | Undetermined |
| 60.259 | Copyright - Deluxe Activity Sandbox & Packaging. Registration # VA0001766964 | $0.00 | Book Value | Undetermined |
| 60.260 | Copyright - Deluxe Wooden Easel - Espresso 62019. Registration # VA0001876965 | $0.00 | Book Value | Undetermined |
| 60.261 | Copyright - Dinosaur Easel #62032. Registration # VAu001175808 | $0.00 | Book Value | Undetermined |
| 60.262 | Copyright - Floral Fantasy Doll Furniture Set #64747. Registration # VAu001142236 | $0.00 | Book Value | Undetermined |
| 60.263 | Copyright - Professionals Doll Set #63279. Registration # VAu001142423 | $0.00 | Book Value | Undetermined |
| 60.264 | Copyright - Dollhouse Todder Bed #76254. Registration # VAu001133383 | $0.00 | Book Value | Undetermined |
| 60.265 | Copyright - Dolls Shopping Center #65282 & Packaging. Registration # VA0001798364 | $0.00 | Book Value | Undetermined |
| 60.266 | Copyright - Dolls Shopping Centre #65282 & Packaging (ELC). Registration # VA0001798360 | $0.00 | Book Value | Undetermined |
| 60.267 | Copyright - Dolls Shopping Centre #65282 & Packaging (KKE). Registration # VA0001798342 | $0.00 | Book Value | Undetermined |
| 60.268 | Copyright - Dora Dollhouse #65829. Registration # VAu001174645 | $0.00 | Book Value | Undetermined |
| 60.269 | Copyright - Dora Kitchen #53293. Registration # VAu001174644 | $0.00 | Book Value | Undetermined |
| 60.270 | Copyright - Elegant 18" Doll Manor Dollhouse. Registration # VAu001124200 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.271 | Copyright - Espresso and Silver Modern Toddler Kitchen #53301. Registration # VAu001183551 | $0.00 | Book Value | Undetermined |
| 60.272 | Copyright - Fairy Woodland Kitchen #53280. Registration # VA0001806660 | $0.00 | Book Value | Undetermined |
| 60.273 | Copyright - Fun Explorers Rocket Ship Play Set & Packaging. Registration # VA0001736915 | $0.00 | Book Value | Undetermined |
| 60.274 | Copyright - Grand Gourmet Kitchen & Packaging. Registration # VA0001695003 | $0.00 | Book Value | Undetermined |
| 60.275 | Copyright - Kayla Dollhouse #65092. Registration # VA0001938281 | $0.00 | Book Value | Undetermined |
| 60.276 | Copyright - KidKraft catalog : fall 2004. Registration # VA0001289361 | $0.00 | Book Value | Undetermined |
| 60.277 | Copyright - KidKraft catalog : spring 2004. Registration # VA0001289360 | $0.00 | Book Value | Undetermined |
| 60.278 | Copyright - KidKraft catalog--summer 200. Registration # VA0001281159 | $0.00 | Book Value | Undetermined |
| 60.279 | Copyright - KidKraft Spring/Summer 2013 Catalog. Registration # VA0001925648 | $0.00 | Book Value | Undetermined |
| 60.280 | Copyright - Laundry Play Set #63179. Registration # VAu001124396 | $0.00 | Book Value | Undetermined |
| 60.281 | Copyright - Lavender Retro Kitchen and Refrigerator #53290. Registration # VAu001124290 | $0.00 | Book Value | Undetermined |
| 60.282 | Copyright - Luxury Dollhouse #65871. Registration # VA0001938304 | $0.00 | Book Value | Undetermined |
| 60.283 | Copyright - My Precious Kitchen #53232 Registration # VAu001142460 | $0.00 | Book Value | Undetermined |
| 60.284 | Copyright - Majestic Mansion. Registration # VAu001044146 | $0.00 | Book Value | Undetermined |
| 60.285 | Copyright - Mega Ramp Racing Set #63267. Registration # VAu001124193 | $0.00 | Book Value | Undetermined |
| 60.286 | Copyright - Metal Flower Table & Chair Set #00068. Registration # VAu001124287 | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 60.287 | Copyright - Laundry Play Set - Espresso #63283. Registration # VAu001184108 | $0.00 | Book Value | Undetermined |
| 60.288 | Copyright - Modern Island Kitchen #53330. Registration # VAu001182323 | $0.00 | Book Value | Undetermined |
| 60.289 | Copyright - Modern Luxury Dollhouse #65137. Registration # VA0001938301 | $0.00 | Book Value | Undetermined |
| 60.290 | Copyright - Monster Manor Dollhouse #65848. Registration # VAu001159027 | $0.00 | Book Value | Undetermined |
| 60.291 | Copyright - My Very Own Dollhouse #65253. Registration # VAu001193565 | $0.00 | Book Value | Undetermined |
| 60.292 | Copyright - Deluxe Wooden Easel - Natural 62005. Registration # VA0001876966 | $0.00 | Book Value | Undetermined |
| 60.293 | Copyright - Navy Vintage Kitchen #53296. Registration # VAu001142426 | $0.00 | Book Value | Undetermined |
| 60.294 | Copyright - Once Upon a Time Dollhouse #65868. Registration # VAu001193233 | $0.00 | Book Value | Undetermined |
| 60.295 | Copyright - Outdoor Playhouse - #00176. Registration # VA0001833534 | $0.00 | Book Value | Undetermined |
| 60.296 | Copyright - Oval Train Table. Registration # VAu001133736 | $0.00 | Book Value | Undetermined |
| 60.297 | Copyright - Pastel Swivel Deluxe Dollhouse #65279. Registration # VAu001174647 | $0.00 | Book Value | Undetermined |
| 60.298 | Copyright - Grocery Stand #53016. Registration # VAu001142226 | $0.00 | Book Value | Undetermined |
| 60.299 | Copyright - Uptown Natural Kitchen #53298. Registration # VAu001142430 | $0.00 | Book Value | Undetermined |
| 60.300 | Copyright - Sweet and Pretty Dollhouse 65859. Registration # VAu001193220 | $0.00 | Book Value | Undetermined |
| 60.301 | Copyright - Pretty Garden Mansion #65251. Registration # VAu001142235 | $0.00 | Book Value | Undetermined |
| 60.302 | Copyright - Uptown Dollhouse and Packaging #65833. Registration # VAu001142415 | $0.00 | Book Value | Undetermined |

| 60.303 | Copyright - Magnolia Mansion and Packaging #65839. Registration # VAu001142237 | $0.00 | Book Value | Undetermined |
|---|---|---|---|---|
| 60.304 | Copyright - Deluxe Culinary Kitchen 53336. Registration # VAu001193265 | $0.00 | Book Value | Undetermined |
| 60.305 | Copyright - Uptown Kitchen - White 53335. Registration # VA0001937961 | $0.00 | Book Value | Undetermined |
| 60.306 | Copyright - Natural Toddler Kitchen #53249. Registration # VAu001183552 | $0.00 | Book Value | Undetermined |
| 60.307 | Copyright - Master Cook's Kitchen #53275. Registration # VA0001874936 | $0.00 | Book Value | Undetermined |
| 60.308 | Copyright - Deluxe Let's Cook Kitchen #53139. Registration # VA0001926436 | $0.00 | Book Value | Undetermined |
| 60.309 | Copyright - Deluxe Big and Bright Kitchen #53100. Registration # VA0001874962 | $0.00 | Book Value | Undetermined |
| 60.310 | Copyright - Large Pastel Kitchen #53181. Registration # VA0001874965 | $0.00 | Book Value | Undetermined |
| 60.311 | Copyright - Princess Castle #65259. Registration # VAu001142422 | $0.00 | Book Value | Undetermined |
| 60.312 | Copyright - Grand Storage Easel #62035. Registration # VAu001144638 | $0.00 | Book Value | Undetermined |
| 60.313 | Copyright - Pink Toddler Kitchen #53291. Registration # VAu001159028 | $0.00 | Book Value | Undetermined |
| 60.314 | Copyright - Pirates Cove Play Set and Packaging #63284. Registration # VA0001938300 | $0.00 | Book Value | Undetermined |
| 60.315 | Copyright - Princess Castle Dollhouse. Registration # VAu001124197 | $0.00 | Book Value | Undetermined |
| 60.316 | Copyright - Princess Frog Table & Chair Set #21427/21428. Registration # VAu001151041 | $0.00 | Book Value | Undetermined |
| 60.317 | Copyright - Puzzle Bookshelf & Packaging #14400. Registration # VA0001841256 | $0.00 | Book Value | Undetermined |
| 60.318 | Copyright - Red Vintage Kitchen & Packaging #53173. Registration # VA0001841257 | $0.00 | Book Value | Undetermined |

60.319

Copyright - Rocker Motorcycle. Registration # VAu001116959    $0.00    Book Value    Undetermined

60.320

Copyright - Savannah Dollhouse & Packaging (Item 65022).    $0.00    Book Value    Undetermined
Registration # VA0001809028

60.321

Copyright - Savannah Dollhouse & Packaging (Item 65023).    $0.00    Book Value    Undetermined
Registration # VA0001809044

60.322

Copyright - Savannah Dollhouse & Packaging (Item 65023)    $0.00    Book Value    Undetermined
2011. Registration # VA0001814977

60.323

Copyright - So Chic Dollhouse #65078 and Packaging.    $0.00    Book Value    Undetermined
Registration # VA0001806658

60.324

Copyright - Sparkle Mansion Dollhouse #65826. Registration    $0.00    Book Value    Undetermined
# VA0001938311

60.325

Copyright - Superheroes Play Set #63277. Registration #    $0.00    Book Value    Undetermined
VAu001124187

60.326

Copyright - Supermodel Dollhouse #65827. Registration #    $0.00    Book Value    Undetermined
VAu001142419

60.327

Copyright - Sushi Dinner Set #63333. Registration #    $0.00    Book Value    Undetermined
VA0001950188

60.328

Copyright - Teatime Townhouse #65196. Registration #    $0.00    Book Value    Undetermined
VA0001806659

60.329

Copyright - Think Pink Corner Dollhouse #65836. Registration    $0.00    Book Value    Undetermined
# VAu001174646

60.330

Copyright - Transportation Station Train Set and Table    $0.00    Book Value    Undetermined
#17564. Registration # VAu001202954

60.331

Copyright - Ultimate Chef's Kitchen and Packaging #53284.    $0.00    Book Value    Undetermined
Registration # VA0001841255

60.332

Copyright - Uptown Espresso Kitchen & Packaging (Item    $0.00    Book Value    Undetermined
53260). Registration # VA0001811983

60.333

Copyright - Waterfall Junction Train Set and Table #17498.    $0.00    Book Value    Undetermined
Registration # VAu001202934

60.334

Copyright - Deluxe Wooden Easel - White 62040. Registration    $0.00    Book Value    Undetermined
# VAu001144636

| 60.335 | Copyright - Wooden Activity Playhouse & Packaging. Registration # VA0001762910 | $0.00 | Book Value | Undetermined |
|---|---|---|---|---|

**61. Internet domain names and websites**

| 61.1 | bigbackyard.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
|---|---|---|---|---|
| 61.2 | buykidkraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.3 | cedarsummit.ca - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.4 | cedarsummitplay.ca - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.5 | cedarsummitplay.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.6 | kid-kraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.7 | kid-kraft.info - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.8 | kid-kraft.net - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.9 | kid-kraft.org - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.10 | kidcraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.11 | kidcraft.sucks - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.12 | kiddkraft.co.uk - United Kingdom - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.13 | kiddkraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.14 | kiddkraft.uk - United Kingdom - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.15 | kidikraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.16 | kidkraft.asia - Sponsored - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.17 | kidkraft.br.com - Subdomain - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.18 | kidkraft.ca - Canada - Domain Renewal | $0.00 | Book Value | Undetermined |

| 61.19 | kidkraft.en - China - Domain Renewal | $0.00 | Book Value | Undetermined |
|---|---|---|---|---|
| 61.20 | kidkraft.co.it - Italy - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.21 | kidkraft.co.it - Italy - Local Presence Renewal | $0.00 | Book Value | Undetermined |
| 61.22 | kidkraft.co.uk - United Kingdom - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.23 | kidkraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.24 | kidkraft.com.br - Brazil - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.25 | kidkraft.com.br - Brazil - Local Presence Renewal | $0.00 | Book Value | Undetermined |
| 61.26 | kidkraft.com.hk - Hong Kong - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.27 | kidkraft.com.mx - Mexico - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.28 | kidkraft.com.tw - Taiwan - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.29 | kidkraft.de - Germany - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.30 | kidkraft.de - Germany - Local Presence Renewal | $0.00 | Book Value | Undetermined |
| 61.31 | kidkraft.discount - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.32 | kidkraft.es - Spain - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.33 | kidkraft.eu - Europe - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.34 | kidkraft.eu.com - Subdomain - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.35 | kidkraft.fr - France - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.36 | kidkraft.in - India - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.37 | kidkraft.jp - Japan - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.38 | kidkraft.mx - Mexico - Domain Renewal | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 61.39 | | | |
| | kidkraft.net - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.40 | | | |
| | kidkraft.nl - Netherlands - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.41 | | | |
| | kidkraft.org - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.42 | | | |
| | kidkraft.porn - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.43 | | | |
| | kidkraft.sex - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.44 | | | |
| | kidkraft.sexy - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.45 | | | |
| | kidkraft.sg - Singapore - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.46 | | | |
| | kidkraft.uk - United Kingdom - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.47 | | | |
| | kidkraft.uk.com - Subdomain - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.48 | | | |
| | kidkraft.us - Vietnam - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.49 | | | |
| | kidkraft.us.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.50 | | | |
| | kidkraft.vn - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.51 | | | |
| | kidkraftfurniture.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.52 | | | |
| | kidkraftkids.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.53 | | | |
| | kidkraftkids.net - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.54 | | | |
| | kidkraftkids.org - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.55 | | | |
| | kidkraftkitchen.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.56 | | | |
| | kidkraftkitchens.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.57 | | | |
| | kidkraftoutdoor.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.58 | | | |
| | kidkraftplaykitchen.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |

| | | | |
|---|---|---|---|
| 61.59 | kidkraftplaykitchens.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.60 | kidkrafts.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.61 | kidkraftsale.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.62 | kidkraftshop.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.63 | kidkraftstore.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.64 | kidkrafttoys.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.65 | kidkrafttoys.name - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.66 | kidkrafttoystore.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.67 | mykidkraft.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.68 | playdirectusa.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.69 | solowave.ca - Canada - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.70 | solowave.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.71 | solowave365.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.72 | solowavedesign.ca - Canada - Domain Renewal | $0.00 | Book Value | Undetermined |
| 61.73 | solowavedesign.com - Generic - Domain Renewal | $0.00 | Book Value | Undetermined |

**62. Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 62.1 | Consumer Products License Agreement - Mattel, Inc. | $0.00 | Book Value | Undetermined |
| 62.2 | Consumer Products License Agreement - Disney Consumer Products, Inc. | $0.00 | Book Value | Undetermined |
| 62.3 | Consumer Products License Agreement - Viacom International Inc. | $0.00 | Book Value | Undetermined |
| 62.4 | Merchandise License Agreement - Hasbro Consumer Products Licensing Limited | $0.00 | Book Value | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

63.1

|  |  |  | $0.00 |
|---|---|---|---|

**64. Other intangibles, or intellectual property**

64.1

| Trade Name | $15,422,441.75 | None | Undetermined |
|---|---|---|---|

64.2

| Customer Relationships | $30,884,748.20 | None | Undetermined |
|---|---|---|---|

64.3

| Technical | $1,120,111.08 | None | Undetermined |
|---|---|---|---|

**65. Goodwill**

65.1

| Goodwill | $6,378,836.94 | Net Book Value | Undetermined |
|---|---|---|---|

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**
Description (include name of obligor)

71.1

| 2018 Tax Overpayment - IRS | $762,185.00 | − | $$0.00 | = → | $762,185.00 |
|---|---|---|---|---|---|
|  | total face amount |  | doubtful or uncollectible amount |  |  |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| NOL |  | Tax year | 2022 | $26,925,000.00 |
|---|---|---|---|---|

72.2

| NOL |  | Tax year | 2023 | $70,000,000.00 |
|---|---|---|---|---|

Debtor ___KidKraft, Inc.___
Name

Case number *(if known)* 24-80045

**73. Interests in insurance policies or annuities**

73.1 _____          $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 _____          $0.00

Nature of Claim   _____

Amount requested  _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 _____          $0.00

Nature of Claim   _____

Amount requested  _____

**76. Trusts, equitable or future interests in property**

76.1 _____          $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 _____          $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $97,687,185.00 |
| --- |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,825,705.69 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $345,501.99 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $4,101,962.40 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |

Debtor    KidKraft, Inc.                                    Case number *(if known)* 24-80045
          Name

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.        $0.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.        $0.00

**88. Real property. Copy line 56, Part 9.**        →        $0.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.        $0.00

**90. All other assets.** Copy line 78, Part 11.        $97,687,185.00

**91. Total. Add lines 80 through 90 for each column**    91a.    $103,960,355.08        91b.    $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.        $103,960,355.08

**Fill in this information to identify the case:**

Debtor name: KidKraft, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80045

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers)
101 Huntington Avenue, Suite 1100
Boston, MA 02199

**Date debt was incurred?**
4/3/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Substantially all assets

**Describe the lien**
Prepetition Administrative Agent and collateral Agent

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$146,916,477.00  |  Undetermined

**2.2**

DARR Equipment, LP.
2626 Willowbrook Rd
DALLAS, TX 75220-4423

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Financed Equipment

**Describe the lien**
Financing Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,851.53    Undetermined

---

**2.3**

DLL (De Lage Landen) Financial Services, Inc.
PO BOX 825736
Philadelphia, PA 19182-5736

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Financed Equipment

**Describe the lien**
Financing Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,786.04    Undetermined

2.4

Everbank Commercial Finance, Inc.
10 Waterview Blvd
Parsippany, NJ 07054

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Financed Equipment

$65,259.96      Undetermined

**Describe the lien**
Financing Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$147,031,374.53

---

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) c/o Katten Muchin Rosenman LLP Attn: Steven J. Reisman, Cindi M. Giglio, & Lucy F. Kweskin 50 Rockefeller Plaza New York, NY 10020-1605 | 1 | |
| 3.2 GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) c/o Katten Muchin Rosenman LLP Attn: Michaela C. Crocker 2121 N Pearl St, Suite 1100 Dallas, TX 75201 | 1 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: KidKraft, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Northern District of Texas</td></tr>
<tr><td colspan="2">Case number: 24-80045</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | | | |

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:     $179,233.77     $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**
1/29/2024

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**
2021 Tax Year

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

☐ Yes

---

| 2.2 | | | |
|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:     $121,568.33     $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Date or dates debt was incurred**
3/4/2024

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**
2020 Tax Year

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

☐ Yes

2.3

State of California
PO Box 942879
Sacramento, CA 94279

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$8,000.00    $8,000.00

2.4

State of Connecticut
450 Columbus Blvd, Suite 1
Hartford, CT 06103

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,640.00    $2,640.00

2.5

State of Georgia
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

$3,767.58    $3,767.58

**2.6**

State of Illinois
PO Box 19035
Springfield, IL 62794-9035

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    $6,971.00    $6,971.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.7**

State of Michigan
Michigan Department of Treasury
Lansing, MI 48922

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    $6,009.27    $6,009.27
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.8**

State of Texas
111 East 17th Street
Lyndon B. Johnson State Office Building
Austin, TX 78744

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    $13,808.45    $13,808.45
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

2.9

State of Washington
2101 4th Ave, Suite 1400
Seattle, WA 98121

**Date or dates debt was incurred**
4/30/2024

**Last 4 digits of account number**
April Sales & Use Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:** $4,309.21    $4,309.21
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

---

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1

(APA) Aporia
Shang Dian Village, Jng Yang Town
RongQiao development zone fuqing
Fuqing, Fujian Province 350304
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $638,031.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2

(DPO) Dorpo
UNIT 529, 5/FL., BLOCK B
SUN FUNG CTR, 88 KWOK SHUT ROAD
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11,690.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

(NJF) New Jiafeng
Jishan industrial park, economic development zone,
JiangLe county,
SanMing, ??? 353300
China

**As of the petition filing date, the claim is:**        $242,030.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.4**

(PAN) HuangYan - PanAn
118 LAODONG NORTH ROAD,
HUANGYAN TAIZHOU,
ZHEJIANG
China

**As of the petition filing date, the claim is:**        $2,734,298.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.5**

(YJA) YunJia
Room 201, Building 1, No. 2358, Renmin Road, Street Luoxing, Jiashan
County, Jiaxing City, Zhejiang Province,
314100
China

**As of the petition filing date, the claim is:**        $1,594,402.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.6**

1WORLDSYNC INC
300 South Riverside Dr Ste 1400
Chicago, IL 60606

**As of the petition filing date, the claim is:**        $2,155.96

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

AETNA
ATTN: ALIC
PO BOX 88860
Chicago, IL 60695-1860

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $3,940.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8**

ALL STAR PALLET
8770 S CENTRAL EXPRESSWAY
DALLAS, TX 75241

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $29,212.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

Amazon Advertising LLC
PO Box 24651
Seattle, WA 98124-0651

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $29,405.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

American Express (AMEX)
200 Vesey Street
New York, NY 10285-3106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $174,996.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

American Express Travel, et al.
Attn: B. Bruce Johnson
12720 Hillcrest Rd Ste 108
Dallas, TX 75230-2079

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.12**

Anna Rodriguez
3103 Welford Pl N
Wilson, NC 27896

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$70.00

---

**3.13**

ANTARES
500 W Monroe St Ste 1700
Chicago, IL 60661-3759

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,646,339.91

---

**3.14**

ARROW PERSONNEL LLC
PO BOX 101004
ATLANTA, GA 30392-1004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$100,695.06

**3.15**

Atmos Energy
PO Box 650654
142-1348-97-8
DALLAS, TX 75265-0654

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,339.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

AVALARA
255 South King Street, Suite 1200
SEATTLE, WA 98104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $76,419.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

B2B Industrial Packaging
PO BOX 3296
Glen Ellyn, IL 60138

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,334.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

BAZAARVOICE INC
PO BOX 671654
DALLAS, TX 75267-1654

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $29,314.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

BEANO STUDIOS LIMITED
185 Fleet Street
London EC4A 2HS
United Kingdom

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $52,117.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.20

BILT
1000 Nolan Drive Suite 400
Grapevine, TX 76051

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $86,710.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.21

BNSF
PO BOX 676152
MISCELLANEOUS BILLS (INTERMODAL)
DALLAS, TX 75267-6152

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.22

BPREP STERLING STREET LLC
BROOKFIELD PLACE 250 VESEY STREET
15 FLOOR
NEW YORK, NY 10281-1023

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $82,430.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.23

BRADY INDUSTRIES OF TEXAS LLC
7055 S LINDELL RD
LAS VEGAS, NV 89118

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $61,615.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.24

Brett Sternad
1970 Old Tustin Ave
Santa Ana, CA 92705

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.25

BUREAU VERITAS HONG KONG
1/F Pacific Trade Center
2 Kai Hing Road
Kowloon Bay, Kowloon
Hong Kong

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $441.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.26

CALM.COM INC
77 GEARY STREET 3RD FL
San Francisco, CA 94108

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,741.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.27

Cargomatic Inc.
PO BOX 8350
Pasadena, CA 91109-8350

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $408,517.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.28

CASTLEGATE LOGISTICS CANADA INC
4 COPLEY PLACE FL 7
BOSTON, MA 02116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $26,851.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.29

CASTLEGATE LOGISTICS INC
4 COPLEY PLACE FLR 7
BOSTON, MA 02116

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $55,435.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.30

CCI SERVICES LLC
13649 JANWOOD LANE
FARMERS BRANCH, TX 75244

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $994.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31**

CFS LOGISTICS GROUP LLC
PO BOX 2303
Grapevine, TX 76099

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $37,740.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.32**

CHALLENGER FREIGHT SYSTEMS INC
1065 Texan Trail Ste. 100
Grapevine, TX 76051

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,240.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.33**

Channelengine Inc
228 E 45th St, Ste 9E
New York, NY 10017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,448.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.34**

ChaoZhou City ChaoAn District CaiTang Town QiFeng Hardware Factory
Northeast of Lianhe Industry, Dexiu Village, Dongfeng Town, Chaoan District,
Chaozhou City, ??? 515634
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,432.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

CHEP CANADA INC
C/O TH1203 PO BOX 4290
STN A
Toronto, ON M5W 0E1
Canada

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $247.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36**

Cintas Corporation
PO Box 650838
CIntas Loc#085
Dallas, TX 75265-0838

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,664.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

CIntas First Aid & Safety
PO BOX 631025
CINCINNATI, OH 45263-1025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,185.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**

CIRCANA GROUP LP
900 West Shore Rd
Port Washington, NY 11050

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $119,078.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

City of Farmers Branch, Tx
PO BOX 819010
FARMERS BRANCH, TX 75381-9010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $148.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.40**

CLEARCOMPANY
PO Box 419189
BOSTON, MA 02241-9189

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,457.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41**

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK, VA 23502

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $980.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.42**

Commerce Hub
COMMERCE TECHNOLOGIES, INC.
PO Box 33197
HARTFORD, CT 6150-3197

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,647.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.43

Commercial Fitness Specialists
4651 Sunbelt Drive
Addison, TX 75001

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $265.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.44

Commonwealth of Massachusetts
305 SOUTH STREET
Jamaica Plain, MA 2130

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.45

Commonwealth of Pennsylvania
DEPT. OF LABOR & INDUSTRY
BUREAU OF OCCUPATIONAL & INDUS
Harrisburg, PA 17121

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $189.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.46

Complete Supply Inc
13821 Diplomat Drive
Farmers Branch, TX 75234

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8,386.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.47

COMPTROLLER
C/O
COMPTROLLER OF PUBLIC ACCOUNTS
AUSTIN, TX 78774-0100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20,698.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.48

CONCUR TECHNOLOGIES INC
601 108th Avenue NE, Suite 1000
Bellevue, WA 98004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,664.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.49

Consumer Product Safety Commission (CPSC)
4330 East-West Highway
Bethesda, MD 20814

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

3.50

COSTCO ( A/R REFUNDS)
999 Lake Drive
Issaquah, WA 98027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $208,858.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

3.51

COSTCO WHOLESALE FRANCE
999 Lake Drive
Issaquah, WA 98027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $11,199.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

3.52

Criteo Corp
PO BOX 123520
DALLAS, TX 75312-3520

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $171,751.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.53

CT CORPORATION SYSTEM
28 Liberty Street
NEW YORK, NY 10005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $21,403.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.54

Custom Network Solutions
210 ROUTE 4 EAST SUITE 201
ATTN: LAURA CHAI
Paramus, NJ 7652

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $13,589.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.55

DATASITE LLC
PO BOX 74007252
Chicago, IL 60674-7252

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,144.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.56

DELL MARKETING LP
PO BOX 676021
DALLAS, TX 75267-6021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,951.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.57

Dept of Health - Bedding & Upholstered Furniture
109 Governors St. Room 521
Richmond, VA 23219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.58

Deutsche Bank AG New York Branch
Attn: Trade Finance & Lending
1 Columbus Circle, 17th Fl
New York, NY 10019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No

☐ Yes

3.59

DISNEY
500 S Buena Vista St
Burbank, CA 91521

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$618,129.77

---

3.60

Disney Consumer Products, Inc.
500 South Buena Vista St
Burbank, CA 91521

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Royalty Demand

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,500,740.00

---

3.61

DIVERSIFIED SKILLED STAFFING LLC
1060 W PIPELINE RD #100
HURST, TX 76053

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,816.81

---

3.62

Dong Guan Yu Jun Electronics Co., Ltd
#32, Tongren Road, Longbeiling Village, Tangxia Town, Dongguan City,
Guangdong,
523710
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$150,001.44

**3.63**

Dongguan Shing Fai Furniture Co. Ltd.
2ND AREA, SHANG DONG
ADMIN DIST., QI SHI TOWN, DONG GUAN
GUANG DONG 532500
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$177,899.30

**3.64**

FedEx (Canada)
c/o Rosenzveig Straubber Waxman
Attn: Joel Waxman
jwaxman@rswavocats.com

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.65**

FedEx ERS
PO Box 94515
PALATINE, IL 600944515

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$104,546.02

**3.66**

Fedex Trade Networks (Can)
BOX 916200
PO BOX 4090 STATION A
Toronto, ON M5W0E9
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$244,011.26

**3.67**

Fedex Trade Networks (Us)
PO BOX 842206
BOSTON, MA 02284-2206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $61,619.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.68**

FEDEX131
PO Box 660481
Dallas, TX 75266-0481

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $259.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.69**

FIDELITY
PO Box 770001
Cincinnati, OH 45277-0050

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $43,919.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.70**

Firstlight Printing & Graphics LLC
4268 COFFEE MILL ROAD
Prosper, TX 75078

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $566.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.71

FLEXPORT INC
PO BOX 207244
DALLAS, TX 75320-7244

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $24,252.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.72

Flexport International LLC
760 Market Street
8th Floor
San Francisco, CA 94102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $4,972.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.73

FLOQAST, INC
14721 CALIFA ST
SHERMAN OAKS, CA 91411

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $34,260.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.74

FORIX LLC
2140 SW JEFFERSON STREET
SUITE 200
PORTLAND, OR 97201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $58,906.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.75

Foshan Jiuli Precision Gas & Liquid Hardware Factory
No.1-2, Office Building, Baijinhui Workshop, Muzhong Villager Group
(Muzhong Industrial Park), Muyuan Village Committee Shishan Town,
Nanhai District,
Foshan, Guangdong,
528200
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $688.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.76

FREIGHT-FLEX, LLC
1701 W. NORTHWEST HWY
SUITE 100
Grapevine, TX 76051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $88,489.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.77

FUJIAN NEWMARK INDUSTRIAL CO., LTD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $6,160.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.78

Fujian Senda Foreign Trade Co., Ltd.
22F ZHIDI PLAZA,
NO.89 WUSI ROAD
FUJIAN
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $21,106.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79

Fujian ShunChang Sheng Sheng Wood Industry Ltd., Co.
Mo Wu Industrial District
Yuankeng, ShungChang County 353200
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $986,277.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

Fujian Three Dimensional Wood Industry Co.,Ltd
BaiLu Industrial Park, DongPing Village
DongPing town, ZhengHe county
Fujian Province 353602
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $462,546.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.81

Fujing Plastic Products (Shenzhen) Co Ltd
5/F, Building B, Changpu Industrial Park,Baoan District, Shenzhen,
GUANGDONG,
518125
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $256,156.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

Fuzhou JinGuangDa Packing material Co.Ltd
XinQiao Puxia Gaishan county
Cangshan District
Fuzhou, Fujian Province 350015
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9,024.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.83

GAGE
1512 LAKE AIR DRIVE STE 116
Waco, TX 76710

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$34,422.96

---

3.84

GEN DIGITAL INC
60 E Rio Salado Pkwy. Ste. 1000
Tempe, AZ 85281

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,699.92

---

3.85

GEODIS USA, LLC
5101 S. Broad Street
Philadelphia, PA 19112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,600.00

---

3.86

GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036-5306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$292,665.45

---

3.87

Go Sports Enterprise Co., Ltd.
7F-1, No. 243, Sec. 1
Fu Hsin South Road
Taipei, Taiwan
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $455,115.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.88

Godfrey Pest Control
PO BOX 850061
RICHARDSON, TX 750850061

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $497.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.89

GOLDBERG KOHN LTD.
55 EAST MONROE STREET
SUITE 3300
Chicago, IL 606003-5802

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.90

Greenbriar Holdings Ltd.
PO BOX 910725
DALLAS, TX 753910725

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $82,452.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.91

HAIGHT BROWN & BONESTEEL LLP
555 South Flower St. 45th FL
Los Angeles, CA 90071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,830.22

3.92

Handan Meijianli Hardware Manufacturing Co.,Ltd.
SouthWest Development Zone
Yongnian Country
Handan 056000
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$287,407.45

3.93

Hasbro Consumer Products Licensing Limited
4 The Square, Stockley Park
Uxbridge UB11 1ET
United Kingdom

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,759.66

3.94

Heze Jinran Woodware Co., Ltd.
INDUSTRIAL ZONE ZHUANGZHAI TOWN
CAO COUNTY, HEZE
SHANDONG 274400
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$878,254.72

**3.95**

Heze Zhongran Woodware Co., Ltd.
Eastern Side, Southern Section, Jinxin Road, Zhuangzhai Town, Cao
County, Heze City, Shandong Province,
274404
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $2,486,899.59
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.96**

Home Protection Centre, Inc
4652 SUNBELT DRIVE
Addison, TX 75001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $135.31
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.97**

HSBC
PO Box 14774
Buffalo, NY 14240-1474

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $6,050.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.98**

Huizhou City XiangSheng Woodwork Co., Ltd.
The First Industrial District of Eco-industrial Park,
HuaGuo Village, XinXu Town, HuiYang District, HuiZhou City,
GUANGDONG 516226
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $539,203.94
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99**

Icheck Inc
290 Bronte Street South
Milton, ON L9T 1Y8
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$534.92

**3.100**

IMPACT TECH INC
223 E. DE LA GUERRA STREET
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,396.81

**3.101**

Information Resources, Inc.
4766 PAYSPHERE CIRCLE
Chicago, IL 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$68,748.36

**3.102**

Insight Direct USA Inc
PO Box 731069
DALLAS, TX 75373

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,841.92

**3.103**

International Business Machines
PO BOX 676673
DALLAS, TX 752676673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $37.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.104**

ITS SHENZHEN
West Side of 1/F and 3,4,5/F of Bldg. 1, 1-S/F of Bldg-3
Yuanzheng Science and Technology Industrial Park, No.4012
Wuhe Ave. North, Bantian Street, Longgang District
Shenzen
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $954.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.105**

JACKSON WALKER LLP
PO Box 130989
DALLAS, TX 75313-0989

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5,899.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.106**

Jiangle Jiafeng Wood Industrial Co., Ltd
Huangtan New Industrial Zone
SanMing, Fujian Province 353300
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10,520.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.107

Jiaxing Wanlian Auto Parts Co., Ltd
No. 99 Lingxiu Branch Rd., Luoxing Street
Jiashan County, Jiaxing City, Zhegiang Province
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $18,675.58
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.108

Jp Morgan Lockbox
24685 NETWORK PLACE
Chicago, IL 60673-1246

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $14,973.41
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.109

KidKraft Netherlands BV
The Corporation Trust Company
Lichttoren 32
Eindhoven, BJ 5611
The Netherlands

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $283,764.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.110

KidKraft Shenzen

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $1,220,198.60
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

3.111

KidKraft Trading (Fuzhou) Co., Ltd

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.112

Kin Yip Toys Co., Limited
No. YC-AJ16F, Longling Industrial Park, Yuancheng District
Heyuan, ??? 517000
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18,654.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

KLAVIYO, INC.
125 SUMMER STREET
FLOOR 6
BOSTON, MA 02111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12,237.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

Kong Richs Furniture Vietnam Co Ltd
Lot F7.F8, N5 Road, Nam Tan Uyen Industrial Expanded,
Hoi Nghia Ward, Tan Uyen Town,
Binh Duong Province 75000
Viet Nam

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $648,855.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115**

KPMG
500 Ross Ste., RM 0940
Pittsburgh, PA 15262

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $838,926.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116**

KPMG LLP CANADA
SUITE 4600 BAY ADELAIDE CENTRE
333 BAY STREET
Toronto M5H 2S5
Canada

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30,832.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117**

LaBrecque
c/o Swigart Law Group, APC
Attn: Josh B. Swigart
2221 Camino Del Rio S, Ste 308
San Diego, CA 92108

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118**

Linkedin Corporation
2029 STIERLIN COURT
Mountain View, CA 94043

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $62,285.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.119

Litzky Public Relations Inc
320 SINATRA DRIVE
HOBOKEN, NJ 07030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $54,160.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.120

Maersk Customs Services USA Inc
180 Park Avenue
Suite 301
Florham Park, NJ 07932

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $586.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121

Mainfreight Inc (US)
1400 GLENN CURTISS ST
CARSON, CA 90746

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,339.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.122

Mainfreight Toronto Warehousin
230 Export Blvd
Mississauga, ON L5S 1Y9
Canada

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $175,635.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123**

MarkMonitor
PO Box 3775
Carol Stream, IL 60132-3775

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $1,071.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

Mattel, Inc.
Attn: Vice President, Legal and Business Affairs
333 Continental Blvd
El Segundo, CA 90245

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $376,073.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

Maureen Mann
8511 EUSTIS AVE
DALLAS, TX 75218

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $3,037.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

McBride Electric
3301 E. Plano Parkway #150
Plano, TX 75074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $1,581.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.127

MEDALLIA INC
6220 Stoneridge Mall Rd Floor 2
Pleasanton, CA 94588

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11,000.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.128

Meta Platforms, Inc. (f/k/a Facebook, Inc.)
1601 Willow Rd
Menlo Park, CA 94025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $759,532.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.129

Metro Mechanical Inc
430 S. BRYAN BELT LINE RD
Mesquite, TX 75149

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,180.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.130

MICROSOFT CANADA
LOCKBOX 910430
PO Box 4090 STN A
Toronto, ON M5W 0E9
Canada

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,424.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.131

MIDDLETON GROUP INC
75 Denison street
Markham, ON L3R 1B5
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10,843.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.132

MidOcean Partners IV, L.P.
320 PARK AVENUE SUITE 1600
NEW YORK, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $5,000,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Subordinated Note

**Is the claim subject to offset?**
☑ No

☐ Yes

3.133

Midocean US Advisor LP
320 PARK AVENUE SUITE 1600
NEW YORK, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $1,258,217.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.134

Mp2 Energy Texas LLC
PO Box 733560
DALLAS, TX 75373-3560

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,883.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.135**

Mutual Transportation Services
627 LYONS LANE
SUITE 403
OAKVILLE, ON L6J5Z7
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,503.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.136**

N.J. Malin & Associates
PO Box 843860
DALLAS, TX 752843860

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                   $24,652.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.137**

Ningbo Wideway Imp. & Exp.Co.,Ltd
No.488,Tongyuan N.Road,
Luotuo street,Zhenhai District,
Ningbo, ??? 315000
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                   $24,207.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.138**

Oracle America Inc
15612 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,512.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.139**

Osler, Hoskin & Harcourt LLP
1 FIRST CANADIAN PLACE
PO BOX 50
Toronto, ON M5X1B8
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $1,211.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.140**

Out of the Box Installation & Repair
8448 Loxton Cellars St
Las Vegas, NV 89139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $5,945.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.141**

Overstock.Com
PO BOX 74819
Chicago, IL 60694-4819

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $630.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.142**

PALLET LOGISTICS OF AMERICA LLC
4100 PLATINUM WAY
DALLAS, TX 75237

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $187,375.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.143

PAYSCALE INC
113 Cherry St., Ste. 96140
SEATTLE, WA 98104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,797.00

---

3.144

Perks & Provisions

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$712.18

---

3.145

Pocketwatch Inc
8500 STELLER DR
BLDG 7
CULVER CITY, CA 90232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,000.00

---

3.146

PURE WATER PARTNERS LLC
PO BOX 24445
SEATTLE, WA 98124-0445

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$973.67

Debtor   KidKraft, Inc.
Name
Case number *(if known)* 24-80045

Case 24-80045-mvl11   Doc 161   Filed 06/10/24   Entered 06/11/24 00:11:08   Desc
Main Document   Page 107 of 153

3.147

Qiang Xing Plastic and Hardware Co., Ltd
1ST FLOOR, BUILDING A, XINYONGCHENG PLANT, NO.55
SHAPU 1ST ROAD, SONGGANG TOWN, SHENZHEN
GUANGDONG 518105
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$991.58

---

3.148

QUENCH USA INC
PO BOX 73577
DALLAS, TX 75373-5777

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,664.48

---

3.149

Rakuten Rewards
800 Concar Drive
San Mateo, CA 94402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,580.00

---

3.150

Raymond Leasing Corporation
PO BOX 301590
DALLAS, TX 75303-1590

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,297.37

3.151

RED POINTS SOLUTIONS S L
BERLIN STREET 38 1ST FLOOR
BARCELONA, SPAIN 08029
Spain

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9,548.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

RELIANCE STAFFING INC
8432 Sterling Street Ste. 102
Irving, TX 75063

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $44,014.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.153

Richard Robinson
1923 ROBERT JONES DRIVE
Mesquite, TX 75150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.154

ROADRUNNER RECYCLING INC
PO Box 6011
Hermitage, PA 16148

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,994.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.155

Robert Half Management Resources
PO BOX 743295
Los Angeles, CA 90074-3295

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.156

Rsm US LLP
5155 PAYSPHERE CIRCLE
Chicago, IL 60674

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $11,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.157

S&S ACTIVEWEAR LLC
220 REMINGTON BLVD
BOLINGBROOK, IL 60440

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $46,080.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158

Schulz Trade Law LLC
4131 N CENTRAL EXPRESSWAY #900
DALLAS, TX 75204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,278.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.159

SCOTT

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$54.30

3.160

Securedocs Inc
7127 HOLLISTER AVE
SUITE 25A-320
GOLETA, CA 93117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,355.40

3.161

Sgs North America
CITIBANK NEW CASTLE
PO BOX 2502
CAROL STREAM, IL 601322502

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$543.00

3.162

SHENZHEN EVERWIN GOODS FACTORY
Room A404, avatar venture industrial park, 8 Xinhe Avenue, Shajing
Xinqiao, Bao'an, Shenzhen
518106
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,161.99

3.163

Shield Screen LLC
PO Box 120208
DEPT 0208
DALLAS, TX 75312-0208

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$148.50

---

3.164

SHOPPA'S MATERIAL HANDLING LTD
PO BOX 612027
DALLAS, TX 75261-2027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$34,525.04

---

3.165

SIGNIFYD
2540 NORTH FIRST STREET
SUITE 300
SAN JOSE, CA 95131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,446.96

---

3.166

Simplelegal Inc
144 SOUTH WHISMAN ROAD STE F
Mountain View, CA 94041

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,080.00

**3.167**

SmarterX
845 Pearl East Cir Ste 118 PMB 90866
Boulder, CO 80301-6112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,039.35

---

**3.168**

Sps Commerce, Inc.
VB BOX 3
PO BOX 9202
Minneapolis, MN 55480

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$289.53

---

**3.169**

Syndigo Lcc
PO Box 74861
Chicago, IL 60694-4861

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$37,863.90

---

**3.170**

Taizhou Huangyan Saiyu Plastic & Hardware Factory
NO.319,XINGLIN VILLAGE, GAOQIAO STREET,
HUANGYAN, TAIZHOU CITY
ZHEJIANG 318000
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,117.39

3.171

Taizhou Sunrise International Co Ltd
RM 916 XINTAI PLAZA,168 SQUARE
Taizhou
ZHEJIANG
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $831,035.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.172

Taizhou Taiyan Swing Co., Ltd
NO.118, YOUDIAN ROAD, GAOTIAN VILLAGE,
JINQING TOWN, LUQIAO, TAIZHOU CITY
ZHEJIANG 318000
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $29,305.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.173

Taizhou Toyland Co., Ltd.
4202-21 BUILDING 4, QINGCHUANG AREA CROSS-BORDER E-
COMMERCE INDUSTRIAL PARK,
NO.638 DONGHUANG ROAD, TAIZHOU, ZHEJIANG, CHINA
ZHEJIANG
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,488,490.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.174

Target Corporation
LOCKBOX NO. 860363
PO BOX 860363
Minneapolis, MN 55486-0363

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $294,769.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.175

THE CLUTTS AGENCY INC
1825 Market Center Blvd
Suite 610
DALLAS, TX 75207

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $270.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.176

The Harvest Group LLC
5100 W JB HUNT ST STE 720
Rogers, AR 72758

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $43,783.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.177

The Ultimate Software Group Inc
PO BOX 930953
ATLANTA, GA 31193-0953

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15,189.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.178

The Vested Group
1001 E 18TH STREET
Plano, TX 75074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,513.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.179

Time Warner Cable
PO BOX 60074
CITY OF INDUSTRY, CA 917160074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $774.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.180

Tom Mcgrath
9464 BLUEWING TERRACE
CINCINNATI, OH 45241

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.181

TUV RHEINLAND (GUANGDONG) LTD.
BUILDING H, NO. 11 CAIPIN ROAD
GUANGZHOU SCIENCE
GUANGZHOU, ??? 510663
China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,305.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.182

Ufp Southwest LLC
1000 SOUTH THIRD ST
Grandview, TX 76050

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,828.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.183

Uline Shipping Supplies
2200 S LAKESIDE DRIVE
PO Box 88741
Waukegan, IL 60085

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,224.86

---

3.184

UNISHIPPERS
PO BOX 1560
Melbourne, FL 32902

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$392,036.04

---

3.185

UNISHIPPERS MANAGEMENT SERVICES LLC
751 North Drive Ste 4
Melbourne, FL 32934

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$212,936.25

---

3.186

United States Customs and Border Protection
c/o Schulz Trade Firm
Attn: Michelle Schulz
4131 N Central Expy #900
Dallas, TX 75204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.187

United States Customs and Border Protection
Attn: Commissioner
1300 Pennsylvania Ave, NW
Washington, DC 20229

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Customs duties

**Is the claim subject to offset?**
☑ No
☐ Yes

3.188

USCS
1300 Pennsylvania Ave, NW
Washington, DC 20229

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $201,786.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.189

Vlacom Media Networks
1515 BROADWAY
42ND FLOOR
NEW YORK, NY 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $93,462.41
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.190

Wage Works Inc.
PO BOX 8363
Pasadena, CA 911098363

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,044.48
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.191

WALK GLOBAL LLC
12 DEVONSHIRE DR
FREDERICKBURG, VA 22401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,445.80

3.192

WALMART INC
PO Box 500787
ST LOUIS, MO 63150-0787

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

$5,319,143.84

3.193

WALMART MEXICO
Comercializadora Mexico A
S DE R L DE C V AV NEXTENGO
Mexico

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☐ No

☑ Yes

$0.90

3.194

West VIrignia Division of Labor
RM 749B-BUILDING 6 CAPITOL COMPLEX
Charleston, WV 25305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$90.00

3.195

Western Surety Company
6 Mill Ridge Lane
Chester, NJ 07930-2486

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Surety

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.196

WPROMOTE LLC
PO Box 741315
Los Angeles, CA 90074-1315

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $64,679.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.197

XEROX BUSINESS SOLUTIONS SOUTHWEST
PO Box 205354
DALLAS, TX 75320-5354

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $346.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.198

Zhejiang Huangyan Hongxing Crafts Factory
BEIYANG INDUSTRY ZONE,
BEIYANG TOWN, HUANGYAN
ZHEJIANG 318024
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $76,647.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

Zhejiang Jiaheng Toys Co Ltd
9 Lingyun Street, Bailongshan Street
Yunhe County
ZHEJIANG 323600
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $55,424.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

Zhejiang Nengfu Tourist Products Co.ltd
INDUSTRIAL AREA LONGQUAN CITY ZHEJIANG PROVINCE, P.R.
323700
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $802,162.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

KidKraft Intermediate IP Holdings, LLC
4630 Olin Road
Dallas, TX 75244

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,966,521.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202**

KidKraft Netherlands CV
The Corporation Trust Company
Lichttoren 32
Eindhoven, BJ 5611
The Netherlands

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $480,017.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

KidKraft Trading (Shenzhen) Co., Ltd

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,240,851.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.204

KidKraft International Limited
c/o Tricor Services Limited
The Corporation Trust Company
Level 54, Hopewell Centre 183 Queens Road East
Hong Kong
China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $3,054,924.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.205

KidKraft Trading (Fuzhou) Co., Ltd

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $301,421.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   KidKraft, Inc.
         Name

Case number *(if known)* 24-80045

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $45,505.51 |
| 5b. **Total claims from Part 2** | 5b. | $68,301,540.85 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $68,347,046.36 |

**Fill in this information to identify the case:**

Debtor name: KidKraft, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80045

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** Real Property Lease<br>**State the term remaining** 9/30/2027<br>**List the contract number of any government contract** | Airport Trade Center II, LP<br>c/o Invesco Advisers, Inc.<br>2001 Ross Avenue, Suite 3400<br>Dallas, TX 75201 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** Real Property Lease<br>**State the term remaining** 7/31/2027<br>**List the contract number of any government contract** | Proterra Properties, Inc.<br>8214 Westchester Dr, Suite 730<br>Dallas, TX 75225 |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** Real Property Lease<br>**State the term remaining** 4/30/2027<br>**List the contract number of any government contract** | BPREP Sterling Street LLC<br>c/o Brookfield Property Group<br>Attn: Devin Barnwell<br>1180 Peachtree Street NE, Suite 3380<br>Atlanta, GA 30309<br>devin.barnwell@brookfieldproperties.com;<br>gautam.huded@brookfieldproperties.com |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | TSF Sportswear, LLC<br>c/o S&S Activewear, LLC<br>220 Remington Blvd<br>Bolingbrook, IL 60440 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Remote Access for Support | GoToAssist Expert |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | For main backup server in DAL | Veeam |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Primary email/IM/collaboration/etc. | Microsoft 365 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Creative Cloud/Adobe licenses for creative and business functions | Adobe<br>345 Park Avenue<br>San Jose, CA 95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Telephone service | 8x8 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | 3rd party extended warranty for servers | AOM<br>100 Summit Lake Dr, Ste 110<br>Valhalla, NY 10595 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Server/Network monitoring | PRTG<br>Paessler AG<br>Thurn-und-Taxis-Str. 14<br>Nuremberg 90411<br>Germany |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Email threat detection and training | Proofpoint<br>925 W Maude Ave<br>Sunnyvale, CA 94085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud-Based PM | Wrike |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud hosted and license for desktop tools | Tableau<br>PO Box 204021<br>Dallas, TX 75320-4021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Helpdesk - Cloud based | Solarwinds<br>PO Box 734771<br>Dallas, TX 75373 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**2.16**  **State what the contract or lease is for and the nature of the debtor's interest**  EDI Communication Tools    Bulletproof FTP
**State the term remaining**
**List the contract number of any government contract**

**2.17**  **State what the contract or lease is for and the nature of the debtor's interest**  Endpoint Protection    Forticlient EMS
**State the term remaining**
**List the contract number of any government contract**

**2.18**  **State what the contract or lease is for and the nature of the debtor's interest**  Temperature monitoring    RoomAlert
16 Cutler St, Cutler Mill
Warren, RI 02885-2761
**State the term remaining**
**List the contract number of any government contract**

**2.19**  **State what the contract or lease is for and the nature of the debtor's interest**  Email Filtration Cloud Service    Fortimail
909 Kifer Rd
Sunnyvale, CA 94086
**State the term remaining**
**List the contract number of any government contract**

**2.20**  **State what the contract or lease is for and the nature of the debtor's interest**  3rd party extended warranty for switches    AOM
100 Summit Lake Dr, Ste 110
Valhalla, NY 10595
**State the term remaining**
**List the contract number of any government contract**

**2.21**  **State what the contract or lease is for and the nature of the debtor's interest**  Logistics/Sales/Compliance functions    Quickbase
290 Congress St. 4th FL
Boston, MA 02210
**State the term remaining**
**List the contract number of any government contract**

2.22 **State what the contract or lease is for and the nature of the debtor's interest**

Password Management for Systems Admin

LastPass

**State the term remaining**

**List the contract number of any government contract**

2.23 **State what the contract or lease is for and the nature of the debtor's interest**

KidKraft ERP

NetSuite
2955 Campus Drive Suite 100
San Mateo, CA 94403-2511

**State the term remaining**

**List the contract number of any government contract**

2.24 **State what the contract or lease is for and the nature of the debtor's interest**

Olin-based postage device.

Xerox PostBase

**State the term remaining**

**List the contract number of any government contract**

2.25 **State what the contract or lease is for and the nature of the debtor's interest**

Cloud based offsite backup storage

Oracle Cloud Infra
2300 Oracle Way
Austin, TX 78741

**State the term remaining**

**List the contract number of any government contract**

2.26 **State what the contract or lease is for and the nature of the debtor's interest**

Connectivity to China (MPLS) and Olin

Logix/Alpheus
PO Box 734120
Dallas, TX 75373-4120

**State the term remaining**

**List the contract number of any government contract**

2.27 **State what the contract or lease is for and the nature of the debtor's interest**

Connectivity to Olin and Warehouses

CNY
1440 Broadway 4th Floor
New York, NY 10018

**State the term remaining**

**List the contract number of any government contract**

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Email Signatures | CodeTwo<br>Wolnosci 16<br>Jelenia Gora 58-500<br>Poland |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Communication Tools | Complete FTP |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | For on premise servers in DAL, DFW, AMS and SZX | VMWare<br>3421 Hillview Ave<br>Palo Alto, CA 94304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | License for 3D drafting software | SolidWorks<br>175 Wyman St<br>Waltham, MA 02451 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Cell service for warehouse & few employees | AT&T<br>PO Box 5017<br>Carol Stream, IL 60197-5017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Domain registration, SSL certificates, DNS management | MarkMonitor<br>PO Box 3775<br>Carol Stream, IL 60132-3775 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Hardware lease and service contracts through Dex | EverBank/Wells Fargo<br>PO Box 911608<br>Denver, CO 80291-1608 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Products License Agreement | Mattel, Inc.<br>Attn: Vice President, Legal and Business Affairs<br>333 Continental Blvd<br>El Segundo, CA 90245 |
| | **State the term remaining** | 210 days | |
| | **List the contract number of any government contract** | | |

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Disney Consumer Products, Inc.<br>500 South Buena Vista St<br>Burbank, CA 91521 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Merchandise License Agreement | Hasbro Consumer Products Licensing Limited<br>4 The Square, Stockley Park<br>Uxbridge UB11 1ET<br>United Kingdom |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Viacom International Inc.<br>1515 Broadway<br>New York, NY 10036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Products License Agreement | ViacomCBS Consumer Products<br>Attn: Vice President, Legal and Business Affairs, International Consumer Products<br>17-29 Hawley Crescent<br>London NW1 8TT<br>United Kingdom |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    KidKraft, Inc.
          Name
Case 24-80045-mvl11    Doc 161    Filed 06/10/24    Entered 06/11/24 00:11:08    Desc
                    Main Document        Page 130 of 153

Case number *(if known)* 24-80045

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Consumer Products License Agreement | ViacomCBS Consumer Products<br>Attn: Senior Director, Operations & Planning, Contract Administration<br>1515 Broadway<br>New York, NY 10036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Services Rental Service Agreement | Cintas Corporation<br>PO Box 650838<br>CIntas Loc#085<br>Dallas, TX 75265-0838 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Services Support 2022 - Statement of Work | 8 West Consulting<br>Attn: Mark Rainford<br>Building 1 UTC<br>Curraheen Road<br>Cork<br>Ireland |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement ICT Systems Management Kidkraft Nederland | Anandan automatisering BV<br>Attn: Ard Nouwen<br>Hollandse kade 13<br>391 JD Abcoude Postbus 77<br>Abcoude, AB 1390<br>Netherlands |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Agreement | Arrow Personnel, LLC<br>235 NE Loop 820<br>#100<br>Hurst, TX 76053 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Non-Disclosure Agreement | Avalara Inc.<br>100 Ravine Lane NE<br>Suite 220<br>Bainbridge Island, WA 98110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Baker Tilly US, LLP<br>17 Cowboys Way<br>Ste 800<br>Frisco, TX 75034 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Service Order #00116038 | Bazaarvoice, Inc.<br>PO Box 671654<br>Dallas, TX 75267-1654 |
| | **State the term remaining** | 7/7/2024 | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | BDO USA, LLP<br>Attn: Joe Pancamo<br>5300 Patterson Ave SE<br>STE 100<br>Grand Rapids, MI 49512 |
| | **State the term remaining** | 11/27/2026 | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Platform Sub Agreement | BILT, Inc<br>1000 Nolen Dr<br>Ste 400<br>Grapevine, TX |
| | **State the term remaining** | 4/18/2025 | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure and Confiderntiality Agreement | Business Forecast Systems, Inc.<br>465 Waverley Oaks Road<br>Waltham, MA 02452 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription to Mobile Application | Calm.com, Inc.<br>Attn: Anthony Doemeny<br>555 Bryant St<br>Ste 262<br>Palo Alto, CA 94301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Fulfillment Services Agreement | CastleGate Logistics Inc.<br>Attn: Legal Department<br>4 Copley Place<br>Floor 7<br>Boston, MA 02116 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | The Saftey Director Emergency Eyewash Delivery Confirmation | Cintas<br>PO Box 650838<br>CIntas Loc#085<br>Dallas, TX 75265-0838 |
| | **State the term remaining** | 10/15/2024 | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | The Saftey Director Emergency Eyewash Delivery Confirmation | Cintas<br>PO Box 650838<br>CIntas Loc#085<br>Dallas, TX 75265-0838 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Services Rental Service Agreement | Cintas Corporation<br>PO Box 650838<br>CIntas Loc#085<br>Dallas, TX 75265-0838 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Automatic External Defibrillator Service Agreement | Cintas Corporation No. 2 dba Cintas Fist Aid & Safety "Cintas"<br>PO BOX 631025<br>CINCINNATI, OH 45263-1025 |
| | **State the term remaining** | 4/26/2025 | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | AED Order Form | Cintas Corporation No. 2 dba Cintas Fist Aid & Safety "Cintas"<br>PO BOX 631025<br>CINCINNATI, OH 45263-1025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Global Data Sharing Agreement | Circana Group, L.P. 900 West Shroe Rd Port Washington, NY 11050 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 4 to service contract 23-0792 | CMA CGM America LLC Attn: Charles A. Gender 5701 Lake Wright Drive Norfolk, VA 23502 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Master Services Agreement | Commerce Technologies, LLC Attn: Sales Support & CommerceHub Legal ZEN Building 201 Fuller Rd, Ste 601 Albany, NY 12203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Purchase Program Agreement | Costco Wholesale |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Basic Vendor Agreement | Costco Wholesale Corporation |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Purchase Program Agreement | Costco Wholesale Corporation |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Order Form | CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Services Agreement | Custom network Solutions<br>210 Route 4 East<br>Suite 201<br>Paramus, NY 07652 |
|---|---|---|---|
| | **State the term remaining** | 5/24/2024 | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Services Agreement | Custom Network Solutions, Inc.<br>210 Route 4 East<br>Suite 201<br>Paramus, NYJ 07652 |
|---|---|---|---|
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work ("SOW"): Datasire Diligence | Datasite Diligence |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Outsourcing Agreement for Non-FSC-Certified Contractors | Db Schenker<br>Attn: Raymond Jansink |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 |
|---|---|---|---|
| | **State the term remaining** | 4/23/2029 | |
| | **List the contract number of any government contract** | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Demica Finance Limitied |
|---|---|---|---|
| | **State the term remaining** | | 1 Bread St |
| | **List the contract number of any government contract** | | London EC4M 9BE |
| | | | United Kingdom |

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Deny Green Yu Jun Electronics Co., Ltd |
|---|---|---|---|
| | **State the term remaining** | | Attn: Zhon Ming Mao |
| | **List the contract number of any government contract** | | |

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Proposal | Diversified Skilled Staffing LLC |
|---|---|---|---|
| | **State the term remaining** | | 1060 W. Pipeline Rd |
| | **List the contract number of any government contract** | | Suite 100 |
| | | | Hurst, TX 76053 |

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Dong Guan Shing Fai Furniture Company Ltd. |
|---|---|---|---|
| | **State the term remaining** | | Attn: Mo Guo Ming |
| | **List the contract number of any government contract** | | 2ND AREA, SHANG DONG |
| | | | ADMIN DIST., QI SHI TOWN, DONG GUAN |
| | | | GUANG DONG 532500 |
| | | | China |

| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Everbank Commercial Finance, Inc. |
|---|---|---|---|
| | **State the term remaining** | | 10 Waterview Blvd |
| | **List the contract number of any government contract** | | Parsippany, NJ 07054 |

| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Rental Agreement | Everbank Commercial Finance, Inc. |
|---|---|---|---|
| | **State the term remaining** | | 10 Waterview Blvd |
| | **List the contract number of any government contract** | | Parsippany, NJ 07054 |

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement | Everbank Commercial Finance, Inc.<br>10 Waterview Blvd<br>Parsippany, NJ 07054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | FedEx Transportation Services Agreement Amendment | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | FedEx Express Netherlands B.V.<br>Attn: Lilian Vos<br>Taurusavenue 111<br>Hoofddorp, LS 2132<br>Netherlands |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | FedEx Transportation Services Agreement Amendment | FedEx Express Netherlands B.V.<br>Attn: Lilian Vos<br>Taurusavenue 111<br>Hoofddorp, LS 2132<br>Netherlands |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Rate Agreement and Terms | FedEx Trade Networks Transport & Brokerage Inc.<br>PO Box 727<br>Memphis, TN 38194 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Adoption Agreement | Fidelity Investments |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | FLOQAST Service order | FloQast Inc, |
| | **State the term remaining** | 12/1/2026 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Foshan City Nanhai Jiu Li Precision Gas & Liquid Hardware Factory<br>Attn: Xu Lu Ding<br>Muyuan Industrial Park, North of Industrial Avenue, Boai Road<br>Shishan Town, Nanhai District<br>Foshan City, Guangdong Province<br>China |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Fujian Senda Foreign Trade Co., Ltd<br>Attn: Zhong Qing Ping<br>22F ZHIDI PLAZA,<br>NO.89 WUSI ROAD<br>FUJIAN<br>China |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Fujing Plastic Products (Shenzhen) Co., Ltd<br>5/F Building B, Changpu Industrial Park<br>Baoan Area<br>Shenzhen<br>China |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work | GAGE Telecom, LLC<br>Attn: Brian Curtis<br>1512 Lake Air Drive<br>Waco, TX 76710 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Forbearance, Amendment no. 5 | GB Funding LLC<br>Attn: David Braun & Kyle Shonak<br>101 Huntington Ave<br>Ste 1100<br>Boston, MA 02199 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**2.88**  **State what the contract or lease is for and the nature of the debtor's interest**  Terms of Retention

**State the term remaining**

**List the contract number of any government contract**

Gibson, Dunn & Crutcher LLP
Attn: Andrew M. Herman
1050 Connecticut Ave. NW
Washington, DC 20036-5306

**2.89**  **State what the contract or lease is for and the nature of the debtor's interest**  Master Service Agreement

**State the term remaining**

**List the contract number of any government contract**

Harvest Group LLC
Attn: Brian Carmichael
5100 W J.B. Hunt drive
Ste 720
Rogers, AR 72758

**2.90**  **State what the contract or lease is for and the nature of the debtor's interest**  Wrike Subscription

**State the term remaining**

**List the contract number of any government contract**

Hau Huynh
70 N 2nd St
San Jose, CA 95113

**2.91**  **State what the contract or lease is for and the nature of the debtor's interest**  Purchase Agreement

**State the term remaining**

**List the contract number of any government contract**

Heze Jinran woodware Co., LTD
Attn: Ding Weiping
INDUSTRIAL ZONE ZHUANGZHAI TOWN
CAO COUNTY, HEZE
SHANDONG 274400
China

**2.92**  **State what the contract or lease is for and the nature of the debtor's interest**  Purchase Agreement

**State the term remaining**

**List the contract number of any government contract**

Hong Richs Furniture Viet Vam Company Limited
Attn: Fiona Yao
Plot No. 34.189.
Map Sheet Number 39 Group b
Uyen Hung Ward, Tan Uyen Town, Binh Duong Province
Vietnam

**2.93**  **State what the contract or lease is for and the nature of the debtor's interest**  Purchase Agreement

**State the term remaining**

**List the contract number of any government contract**

Hui Zhou Fully Gift & Packing Co., Ltd
Attn: Idi
Western zone Industrial Park, LuoyangTown, BoluoCounty
Huizhou City, Guangdong province
China

2.94 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Agreement

**State the term remaining**

**List the contract number of any government contract**

Huizhou City Xiang Sheng Woodwork Co., Ltd.
Attn: Chen Jian Ming
The First Industrial District of Eco-industrial Park,
HuaGuo Village, XinXu Town, HuiYang District, HuiZhou City,
GUANGDONG 516226
China

2.95 **State what the contract or lease is for and the nature of the debtor's interest**
Letter Agreement

**State the term remaining**

**List the contract number of any government contract**

Jackson Walker LLP
Attn: Sara K Borrelli
2323 Ross Ave
Ste 600
Dallas, TX 75201

2.96 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Agreement

**State the term remaining**

**List the contract number of any government contract**

Jiashan Yunjia Handcrate Co., Ltd.
Attn: Wang Ning

2.97 **State what the contract or lease is for and the nature of the debtor's interest**
Engagement letter

**State the term remaining**

**List the contract number of any government contract**

Jonathan C. Hawkins

2.98 **State what the contract or lease is for and the nature of the debtor's interest**
Purchase Agreement

**State the term remaining**

**List the contract number of any government contract**

Kin Yip toys Factory
Attn: Wang Tao
No. YC-AJ16F, Longling Industrial Park
YuanCheng District, Heyuan City
Guangdong Province 517000
China

2.99 **State what the contract or lease is for and the nature of the debtor's interest**
Service Order (SMS)

**State the term remaining**

**List the contract number of any government contract**

Klaviyo, Inc.
125 SUMMER STREET
FLOOR 6
BOSTON, MA 02111

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Advisory and Tax Services |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | KPMG LLP<br>Vaughan Metropolitan Centre<br>100 New Park Place, Suite 1400<br>Vaughan, ON L4K OJ3<br>Canada |

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Advisory and Tax Services |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | KPMG LLP<br>Vaughan Metropolitan Centre<br>100 New Park Place, Suite 1400<br>Vaughan, ON L4K OJ3<br>Canada |

| | | |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Litzky Public Relations, Inc.<br>Attn: Josslynne Welch<br>33-41 Newark Street<br>Floor 5<br>Holboken, NJ 07030 |

| | | |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Maersk Agency U.S.A., Inc.<br>c/o Regulatory Affairs<br>180 Park Ave<br>Florham Park, NJ 07932 |

| | | |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S dba Maersk Line dba Sealand<br>Attn: Regulatory Affairs<br>180 Park Ave<br>Florham Park, NJ 07932 |

| | | |
|---|---|---|
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Logistics Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | | Mainfreight, Inc<br>Attn: Katie Becker<br>350 Madill Blvd<br>Ste 2<br>Mississauga, Ontario ON L5W 1Y6<br>Canada |

| | | |
|---|---|---|
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Logistics Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mainfreight, Inc
Attn: Katie Becker
350 Madill Blvd
Ste 2
Mississauga, Ontario ON L5W 1Y6
Canada

| | | |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Logistics Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mainfreight, Inc
Attn: Katie Becker
350 Madill Blvd
Ste 2
Mississauga, Ontario ON L5W 1Y6
Canada

| | | |
|---|---|---|
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

MarkMonitor Inc.
Attn: Tom Ryden
391 N Ancestor Place
Boise, ID 83704

| | | |
|---|---|---|
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement letter |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Mr. David White

| | | |
|---|---|---|
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter - Corporate assistance |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

NautaDutilh N.V.
Attn: Wijnand Bossenbroek
PO Box 7113
1007 JC Amsterdam
Beethovenstraat 400
Amsterdam 1082 PR
NL

| | | |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

NetSuite Inc.
2955 Campus Drive
Suite 100
San Mateo, CA 94403

2.112 **State what the contract or lease is for and the nature of the debtor's interest**

NetSuite Services Renewal Estimate

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741

**State the term remaining**

**List the contract number of any government contract**

2.113 **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

Quickbase, Inc
290 Congress St. 4th FL
Boston, MA 02210

**State the term remaining**

12/16/2024

**List the contract number of any government contract**

2.114 **State what the contract or lease is for and the nature of the debtor's interest**

Raymond Leasing Corporation Schedule A

Raymond Leasing Corp
22 S Canal St
Greene, NY 13778

**State the term remaining**

**List the contract number of any government contract**

2.115 **State what the contract or lease is for and the nature of the debtor's interest**

Legal Agreement & Scope of Services

Red Points Solutions, S.L.
Carrer de Berlin 38, 1a
Barcelona 08029
Spain

**State the term remaining**

**List the contract number of any government contract**

2.116 **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment of Materials Management Services Agreement

Roadrunner Recycling, Inc.
PO Box 6011
Hermitage, PA 16148

**State the term remaining**

**List the contract number of any government contract**

2.117 **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement

Robert W. Baird & Co. Incorporated
Attn: Ajay Bijoor
1155 Ave of the Americas
New York, NY 10036

**State the term remaining**

**List the contract number of any government contract**

Debtor  KidKraft, Inc.
Name

Case number *(if known)* 24-80045

| | | | |
|---|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Schulz Trade Law PLLC<br>4131 N Central Expressway #900<br>Dallas, TX 75204 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Terms of Engagement of SierraConstellation Partners LLC | SierraConstellation Partners LLC<br>Attn: Lawrence R. Perkins<br>355 S Grand Ave<br>Suite 1450<br>Los Angeles, CA 90071 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | Signifyd<br>99 Almaden Blvd<br>Floor 4<br>San Jose, CA 95113 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Simple Legal SAAS Services Order Form | SimpleLegal<br>Attn: Nathan Wenzel<br>144 SOUTH WHISMAN ROAD STE F<br>Mountain View, CA 94041 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | SPS Scope and Proposal: Supplier Performance Analytics | SPS Commerce Inc<br>Attn: Luke Esselman<br>333 South Seventh St<br>Ste 1000<br>Minneapolis, MN 55402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Taizhon Huangyan Saiya Plastic & Hardware Factory<br>Attn: Zhang Xiao Cai<br>NO.319,XINGLIN VILLAGE, GAOQIAO STREET, HUANGYAN, TAIZHOU CITY<br>ZHEJIANG 318000<br>China |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Taizhou Toyland Co., Ltd |
|---|---|---|---|
| | | | Attn: Wong Haiping |
| | **State the term remaining** | | 4202-21 BUILDING 4, QINGCHUANG AREA CROSS-BORDER E-COMMERCE INDUSTRIAL PARK, |
| | **List the contract number of any government contract** | | NO.638 DONGHUANG ROAD, TAIZHOU, ZHEJIANG, CHINA ZHEJIANG |
| | | | China |

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (with Master Terms and Conditions | The NPD Group, Inc. |
|---|---|---|---|
| | | | 900 W Shore Rd |
| | **State the term remaining** | | Port Washington, NY 11050 |
| | **List the contract number of any government contract** | | |

| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - 20388254 | TIAA Commercial Finance, Inc. |
|---|---|---|---|
| | | | 10 Waterview Blvd |
| | **State the term remaining** | | Parsippany, NJ 07054 |
| | **List the contract number of any government contract** | | |

| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - 20390433 | TIAA Commercial Finance, Inc. |
|---|---|---|---|
| | | | 10 Waterview Blvd |
| | **State the term remaining** | | Parsippany, NJ 07054 |
| | **List the contract number of any government contract** | | |

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement - 20394032 | TIAA Commercial Finance, Inc. |
|---|---|---|---|
| | | | 10 Waterview Blvd |
| | **State the term remaining** | | Parsippany, NJ 07054 |
| | **List the contract number of any government contract** | | |

| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Credit Application | Topocean Consolidation Services, Inc. |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Statement of Work - KidKraft & Salsify Integration |

TVG, Inc. d/b/a The Vested Group
Attn: Joseph Lang
1001 E 18TH STREET
Plano, TX 75074

| | | |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Amendment to the Agreement |

UKG Inc
Attn: Michael D'Antonio
900 Chelmsford St
Lowell, MA 01851

| | | |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Commercial Premium Finance Agreement-Promissory Note |

USI Insurance Services LLC
8000 Norman Center Dr
Ste 400
Bloomington, MN

| | | |
|---|---|---|
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Direct Imports Supplier Agreement |

Wal-Mart Canada Corp

| | | |
|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Vendor Agreement - Import Merchandise |

Walmart México y Centroamérica
Attn: Legal Department
San Jose

| | | |
|---|---|---|
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Wal-Mart Online Supplier Agreement |

Wal-Mart Stores, Inc
Attn: Michel Dembo

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | 3D Model Master Purchase Agreeement | Wayfair LLC Attn: Legal Department 4 Copley Place Floor 7 Boston, MA 20116 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Authorization Agreement for Automated Clearing House Direct Payments | WEX Health. Inc PO Box 2926 Fargo, ND 58108-2926 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | WPromote Attn: Bethany Smith 2100 E. Grand Ave First Floor El Segundo, CA 90245 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | WPromote Agreement | Wpromote 101 Continental Blvd Ste 150 El Sugundo, CA 90245 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Zhe Jiang Hong Yuan Toys Co LTD China |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Zhejiang Huangyan Hongxing Crafts Factory Attn: Pan Ju Ting BEIYANG INDUSTRY ZONE, BEIYANG TOWN, HUANGYAN ZHEJIANG 318024 China |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Zhejiang Jiaheng Toys Co. LTD<br>9 Linyun Sceeere<br>Bailong Shan Sceere, Yunhe County<br>Lishui City, Zhejiang Province<br>China |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Zhejiang Nengfu Tourist Products Co., LTD<br>Attn: Li Neng Fu<br>INDUSTRIAL AREA LONGQUAN CITY ZHEJIANG PROVINCE, P.R.<br>323700<br>China |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Zhejiang Xinyun Wood Industry Group Co., Ltd.<br>Attn: Liao Fuxin |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | Zhen Zhen Everwin Bags Factory<br>Attn: Gong Ze Rong |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Envoy Binder | Zurich<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |
| | **State the term remaining** | 6/1/2024 | |
| | **List the contract number of any government contract** | | |

| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | [Address on File] |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   KidKraft, Inc.                                                    Case number *(if known)* 24-80045
         Name

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Geoffrey Walker<br>4630 Olin Road<br>Dallas, TX 75244 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | [Address on File] |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Assignment | Adobe<br>345 Park Avenue<br>San Jose, CA 95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Assignment | NetSuite Inc.<br>2955 Campus Drive<br>Suite 100<br>San Mateo, CA 94403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Assignment | Oracle America Inc<br>15612 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | Schulz Trade Law PLLC<br>8150 N Central Expressway, 10th Floor<br>Dallas, TX 75206 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | D Young & Co LLP<br>3 Noble Street<br>London EC2V 7BQ<br>United Kingdom |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | KPMG LLP<br>2323 Ross Avenue, Suite 1400<br>Dallas, TX 75201-2721 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | Osler, Hoskin & Harcourt LLP<br>1 FIRST CANADIAN PLACE<br>PO BOX 50<br>Toronto, ON M5X1B8<br>Canada |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | Ropes & Gray LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | Gibson, Dunn & Crutcher LLP<br>Attn: Andrew M. Herman<br>1050 Connecticut Ave. NW<br>Washington, DC 20036-5306 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement | Jackson Walker LLP<br>Attn: Sara K Borrelli<br>2323 Ross Ave<br>Ste 600<br>Dallas, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

2.160  **State what the contract**  NDA
       **or lease is for and the**                                    [Address on File]
       **nature of the debtor's**
       **interest**
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.161  **State what the contract**  Engagement Agreement
       **or lease is for and the**                          Robert W. Baird & Co. Incorporated
       **nature of the debtor's**                           Attn: Ajay Bijoor
       **interest**                                         1155 Ave of the Americas
       **State the term**                                   New York, NY 10036
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.162  **State what the contract**  Engagement Agreement
       **or lease is for and the**                          Vinson & Elkins
       **nature of the debtor's**                           Attn: Matthew D. Struble
       **interest**                                         2001 Ross Avenue, Suite 3900
       **State the term**                                   Dallas, TX 75201
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.163  **State what the contract**  Engagement Agreement
       **or lease is for and the**                          Stretto, Inc.
       **nature of the debtor's**                           410 Exchange, Suite 100
       **interest**                                         Irvine, CA 92602
       **State the term**
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**Fill in this information to identify the case:**

Debtor name: KidKraft, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-80045

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 KidKraft Netherlands B.V. | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D ☐ E/F ☐ G |
| 2.2 KidKraft Europe, LLC | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D ☐ E/F ☐ G |
| 2.3 KidKraft Intermediate Holdings, LLC | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D ☐ E/F ☐ G |
| 2.4 KidKraft International Holdings, Inc. | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D ☐ E/F ☐ G |

| 2.5 | | | |
|---|---|---|---|
| KidKraft Partners, LLC | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| 2.6 | | | |
|---|---|---|---|
| KidKraft International IP Holdings, LLC | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| 2.7 | | | |
|---|---|---|---|
| Solowave Design Corp. | 4630 Olin Road, Dallas, TX 75244 | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| 2.8 | | | |
|---|---|---|---|
| Solowave Design Holdings Limited | 1565 Carling Avenue, Suite 400, Ottawa, ON K1Z 8R1, Canada | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| 2.9 | | | |
|---|---|---|---|
| Solowave Design Inc. | 1565 Carling Avenue, Suite 400, Ottawa, ON K1Z 8R1, Canada | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| 2.10 | | | |
|---|---|---|---|
| Solowave Design LP | 1565 Carling Avenue, Suite 400, Ottawa, ON K1Z 8R1, Canada | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| 2.11 | | | |
|---|---|---|---|
| Solowave International Inc. | 1565 Carling Avenue, Suite 400, Ottawa, ON K1Z 8R1, Canada | GB Funding, LLC and 1903 Partners, LLC (Gordon Brothers) | ☑ D   ☐ E/F   ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name: KidKraft, Inc. |
| United States Bankruptcy Court for the: Northern District of Texas |
| Case number: 24-80045 |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| June 10, 2024 | /s/ Johnnie Goodner |
| --- | --- |
| Executed on | Signature of individual signing on behalf of debtor |
| | Johnnie Goodner |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |